# EXHIBIT A

FILED

2022 SEP 30 01:00 PM

KING COUNTY

SUPERIOR COURT CLERK

E-FILED

CASE #: 22-2-15880-8 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

COUNTY OF KING

| | |
|---|---|
| REBECCA STELMAN, MARK OCHOA, IAN COLEMAN, CAITLYN HOLLERBACH, LOUIS WEATHERSTON, DEMETRIES WRIGHT, JONAS NYARIS, JANNI SAMUEL, MAIRA HERNANDEZ, and LINDSAY MOORE, individually and on behalf of all others similarly situated; | NO. |
| | **CLASS ACTION COMPLAINT** |
| Plaintiffs, | |
| v. | **JURY DEMAND** |
| AMAZON.COM INC.; AMAZON LOGISTICS, INC.; TEM EXPRESS LOGISTICS LLC dba TEMEX LOGISTICS and TEML, a Washington limited liability company; TORITSE ORUBU, individually and on behalf of the marital community composed of TORITSE ORUBU and J. DOE ORUBU; BUTCHIE BOY PRODUCTIONS, INC. d/b/a EXSELON, a Washington corporation; JEFFREY BUTCHER, individually and on behalf of the marital community composed of JEFFREY BUTCHER and KATHRYN BUTCHER; KATHRYN BUTCHER, individually and on behalf of the marital community composed of KATHRYN BUTCHER and JEFFREY BUTCHER; ASTEROIDS GROUP LLC dba ASTG, a Washington limited liability company; KINGSLEY ONUCHUKWU, individually and on behalf of the marital community composed of KINGSLEY ONUCHUKWU and J. DOE ONUCHUKWU; ANAHIT MANUKYAN, individually and on behalf of the marital community composed of ANAHIT MANUKYAN and J. DOE MANUKYAN; | |

CLASS ACTION COMPLAINT - 1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   BENCHMARK TRANSPORT, LLC, a Washington
    limited liability company; DAMIEN WAGNER,
2   individually and on behalf of the marital
    community composed of DAMIEN WAGNER
3   and J. DOE WAGNER; ALDEN RADONCIC (aka
    ALDEN RADD), individually and on behalf of
4   the marital community composed of ALDEN
5   RADONCIC and J. DOE RADONCIC; THE TOTAL
    PACKAGE LOGISTICS, LLC, a Washington
6   limited liability company; JEREMY FIXLER,
7   individually and on behalf of the marital
    community composed of JEREMY FIXLER and
8   HEATHER FIXLER; HEATHER FIXLER
    individually and on behalf of the marital
9   community composed of HEATHER FIXLER
10  and JEREMY FIXLER; NANCY LUNA,
    individually and on behalf of the marital
11  community composed of NANCY LUNA and J.
12  DOE LUNA; ASLAR LOGISTICS LLC, a
    Washington limited liability company; LAURA
13  JOHNSON, individually and on behalf of the
    marital community composed of LAURA
14  JOHNSON and JOSHUA JOHNSON; JOSHUA
15  JOHNSON, individually and on behalf of the
    marital community composed of JOSHUA
16  JOHNSON and LAURA JOHNSON; GOPLAY
    LOGISTICS LLC, a Washington limited liability
17  company; TRACY PELLETT, individually and on
18  behalf of the marital community composed of
    TRACY PELLETT and J. DOE PELLETT;
19  AVANATOR.COM LLC, a Washington limited
    liability company; RICHARD ZECH, individually
20  and on behalf of the marital community
21  composed of RICHARD ZECH and J. DOE ZECH;
    POLE POSITION EXPRESS LOGISTICS LLC, a
22  Washington limited liability company; DENNIS
23  HANNAH, individually and on behalf of the
    marital community composed of DENNIS
24  HANNAH and J. DOE HANNAH; TRUE
    MANAGEMENT LLC, a Washington limited
25  liability company; CHRISTOPHER LILLEY,
26  individually and on behalf of the marital
    community composed of CHRISTOPHER
27  LILLEY and J. DOE LILLEY; B.B.W. HOLDINGS,

CLASS ACTION COMPLAINT - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

INC., a Michigan corporation; BARRY
WILLIAMS, individually and on behalf of the
marital community composed of BARRY
WILLIAMS and J. DOE WILLIAMS; PARAGON
DELIVERIES INC., a Washington corporation;
and JORDAN OFFUTT, individually and on
behalf of the marital community composed of
JORDAN OFFUTT and J. DOE OFFUTT;

                        Defendants.

Plaintiffs Rebecca Stelman, Mark Ochoa, Ian Coleman, Caitlyn Hollerbach, Louis
Weatherston, Demetries Wright, Jonas Nyaris, Janni Samuel, Maira Hernandez, and Lindsay
Moore bring this action on their own behalf and on behalf of all others similarly situated and
allege as follows:

I.       INTRODUCTION

1.1      <u>Nature of Action</u>. This is a joint employer wage and hour class action on behalf of
drivers who have delivered packages for Amazon.com Inc. and Amazon Logistics, Inc. (the
"Amazon Defendants"). Plaintiffs bring this class action against the Amazon Defendants and the
following Delivery Service Providers ("DSPs") and their agents: TEM Express Logistics LLC dba
Temex Logistics and TEML; Toritse Orubu; Butchie Boy Productions, Inc. d/b/a Exselon; Jeffrey
Butcher; Kathryn Butcher; Asteroids Group LLC dba ASTG; Kingsley Onuchukwu; Anahit
Manukyan; Benchmark Transport, LLC; Damien Wagner; Alden Radoncic (aka Alden Radd); The
Total Package Logistics, LLC; Jeremy Fixler; Heather Fixler; Nancy Luna; Aslar Logistics LLC; Laura
Johnson; Joshua Johnson; GoPlay Logistics LLC; Tracy Pellett; Avanator.com LLC; Richard Zech;
Pole Position Express Logistics LLC; Dennis Hannah; True Management LLC; Christopher Lilley;
B.B.W. Holdings, Inc.; Barry Williams; Paragon Deliveries Inc.; and Jordan Offutt (the "DSP
Defendants"). Plaintiffs allege the Amazon Defendants and DSP Defendants have engaged in a
common course of failing to provide employees with the rest and meal breaks to which they are
entitled; failing to ensure employees receive the rest and meal breaks to which they are

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  entitled; failing to compensate employees for missed rest and meal breaks; failing to

2  compensate employees for all hours worked; and failing to pay all overtime wages owed.

3                    **II.     JURISDICTION AND VENUE**

4        2.1    <u>Jurisdiction</u>. Defendants are within the jurisdiction of this Court. The Amazon

5  Defendants and DSP Defendants are registered to do business in Washington and do conduct

6  business in Washington. The individuals named as Defendants act as agents on behalf of the

7  DSP Defendants and thus also conduct business in Washington. Consequently, all Defendants

8  have obtained the benefits of the laws of Washington as well as Washington's commercial and

9  labor markets. This Court also has jurisdiction over this action under the City of Seattle Wage

10  Theft Ordinance, chapter 14.20 SMC, and the City of Seattle Minimum Wage Ordinance,

11  Chapter 14.19 SMC.

12        2.2    <u>Venue</u>. Venue is proper in King County under RCW 4.12.020(3) because the

13  Amazon Defendants reside in King County and operate and transact business in King County,

14  and Plaintiffs performed work for Defendants in King County.

15        2.3    <u>Governing Law.</u> The claims asserted on behalf of Plaintiffs and members of the

16  Class and Subclasses in this complaint are brought under state and municipal law causes of

17  action and are governed by Washington law and Seattle's municipal ordinances.

18        2.4    <u>Lack of CAFA Jurisdiction</u>. Federal jurisdiction is inappropriate under the Class

19  Action Fairness Act, 28 U.S.C. § 1332(d)(4)(A), because more than two-thirds of the members of

20  the proposed plaintiff class in the aggregate are citizens of Washington; the Amazon

21  Defendants and DSP Defendants are defendants from whom significant relief is sought by

22  members of the plaintiff class; the alleged conduct of these defendants forms a significant basis

23  for the claims asserted by the proposed plaintiff class; the Amazon Defendants; the principal

24  injuries resulting from the alleged conduct were incurred in Washington; and during the three-

25  year period preceding the filing of this action, no other class action has been filed asserting the

26  same or similar factual allegations against Defendants on behalf of the same persons.

27  Alternatively, federal jurisdiction is inappropriate under the Class Action Fairness Act, 28 U.S.C.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  § 1332 (d)(4)(B), because two-thirds or more of the members of all proposed plaintiff classes in

2  the aggregate, and Defendants, are citizens of the state of Washington.

3                                         **III.      THE PARTIES**

4          3.1     <u>Plaintiff Rebecca Stelman</u>. Plaintiff Rebecca Stelman is a resident of Washington

5  State. She was jointly employed by the Amazon Defendants and Defendants TEM Express

6  Logistics LLC dba Temex Logistics and TEML and Toritse Orubu as a package delivery driver from

7  approximately April 2019 to October 2019 and by the Amazon Defendants and Defendants

8  Butchie Boy Productions, Inc. d/b/a Exselon; Jeffrey Butcher; and Kathryn Butcher as a package

9  delivery driver from approximately December 2019 to June 2021. She was an employee of

10  these Defendants for purposes of the Washington Minimum Wage Act ("MWA"), the

11  Washington Wage Rebate Act, the Washington rest and meal break regulations, the Seattle

12  Minimum Wage Ordinance ("MWO"), and the Seattle Wage Theft Ordinance. Plaintiff Stelman

13  performed work for the above-identified Defendants in King County, Washington, including

14  Seattle.

15          3.2     <u>Plaintiff Mark Ochoa</u>. Plaintiff Mark Ochoa is a resident of Washington State. He

16  was jointly employed by the Amazon Defendants and Defendants Asteroids Group LLC dba

17  ASTG; Kingsley Onuchukwu; Anahit Manukyan; Benchmark Transport, LLC; Damien Wagner; and

18  Alden Radoncic (aka Alden Radd) as a package delivery driver from approximately August 2020

19  to July 2021. He was an employee of these Defendants for purposes of the Washington MWA,

20  the Washington Wage Rebate Act, the Washington rest and meal break regulations, the Seattle

21  MWO, and the Seattle Wage Theft Ordinance. Plaintiff Ochoa performed work for the above-

22  identified Defendants in King County, Washington, including Seattle.

23          3.3     <u>Plaintiff Ian Coleman</u>. Plaintiff Ian Coleman is a resident of Washington State. He

24  was jointly employed by the Amazon Defendants and Defendants The Total Package Logistics,

25  LLC; Jeremy Fixler; Heather Fixler; Nancy Luna (as manager or owner of The Total Package

26  Logistics, LLC); Aslar Logistics LLC; Laura Johnson; Joshua Johnson; and Nancy Luna (as manager

27  or owner of Aslar Logistics LLC) as a package delivery driver from approximately November

CLASS ACTION COMPLAINT - 5

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   2019 to January 2021. He was an employee of these Defendants for purposes of the

2   Washington MWA, the Washington Wage Rebate Act, and the Washington rest and meal break

3   regulations. Plaintiff Coleman performed work for the above-identified Defendants in King

4   County, Washington.

5       3.4    Plaintiff Caitlyn Hollerbach. Plaintiff Caitlyn Hollerbach is a resident of

6   Washington State. She was jointly employed by the Amazon Defendants and Defendants

7   GoPlay Logistics LLC; Tracy Pellett; and Nancy Luna (as manager or owner of GoPlay Logistics

8   LLC) as a package delivery driver from approximately March 2020 to March 2021. She was an

9   employee of these Defendants for purposes of the Washington MWA, the Washington Wage

10  Rebate Act, the Washington rest and meal break regulations, the Seattle MWO, and the Seattle

11  Wage Theft Ordinance. Plaintiff Hollerbach performed work for the above-identified

12  Defendants in King County, Washington, including Seattle.

13      3.5    Plaintiff Louis Weatherston. Plaintiff Louis Weatherston is a resident of

14  Washington State. He was jointly employed by the Amazon Defendants and Defendants

15  Avanator.com LLC; Richard Zech; and Nancy Luna (as manager or owner of Avanator.com LLC)

16  as a package delivery driver from approximately August 2020 to February 2021. He was an

17  employee of these Defendants for purposes of the Washington MWA, the Washington Wage

18  Rebate Act, the Washington rest and meal break regulations, the Seattle MWO, and the Seattle

19  Wage Theft Ordinance. Plaintiff Weatherston performed work for the above-identified

20  Defendants in King County, Washington, including Seattle.

21      3.6    Plaintiff Demetries Wright. Plaintiff Demetries Wright is a resident of

22  Washington State. He was jointly employed by the Amazon Defendants and Defendants Pole

23  Position Express Logistics LLC and Dennis Hannah as a package delivery driver from

24  approximately July 2019 to May 2020. He was an employee of these Defendants for purposes of

25  the Washington MWA, the Washington Wage Rebate Act, the Washington rest and meal break

26  regulations, the Seattle MWO, and the Seattle Wage Theft Ordinance. Plaintiff Wright

27  performed work for the above-identified Defendants in King County, Washington, including

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Seattle.

2       3.7   <u>Plaintiff Jonas Nyaris</u>. Plaintiff Jonas Nyaris is a resident of Washington State. He

3  was jointly employed by the Amazon Defendants and Defendants True Management LLC;

4  Christopher Lilley; and Nancy Luna (as manager or owner of True Management LLC) as a

5  package delivery driver from approximately 2019 to 2021. He was an employee of these

6  Defendants for purposes of the Washington MWA, the Washington Wage Rebate Act, and the

7  Washington rest and meal break regulations. Plaintiff Nyaris performed work for the above-

8  identified Defendants in King County, Washington.

9       3.8   <u>Plaintiff Janni Samuel</u>. Plaintiff Janni Samuel is a resident of Washington State.

10  She was jointly employed by the Amazon Defendants and Defendants Aslar Logistics LLC; Laura

11  Johnson; Joshua Johnson; and Nancy Luna (as manager or owner of Aslar Logistics LLC) as a

12  package delivery driver from approximately September 2020 to February 2021. She was an

13  employee of these Defendants for purposes of the Washington MWA, the Washington Wage

14  Rebate Act, and the Washington rest and meal break regulations. Plaintiff Samuel performed

15  work for the above-identified Defendants in King County, Washington.

16       3.9   <u>Plaintiff Maira Hernandez</u>. Plaintiff Maira Hernandez is a resident of Washington

17  State. She was jointly employed by the Amazon Defendants and Defendants B.B.W. Holdings,

18  Inc. and Barry Williams as a package delivery driver from approximately December 2019 to

19  February 2022. She was an employee of these Defendants for purposes of the Washington

20  MWA, the Washington Wage Rebate Act, and the Washington rest and meal break regulations.

21  Plaintiff Hernandez performed work for the above-identified Defendants in King County,

22  Washington.

23       3.10   <u>Plaintiff Lindsay Moore</u>. Plaintiff Lindsay Moore is a resident of Washington

24  State. She was jointly employed by the Amazon Defendants and Defendants Paragon Deliveries

25  Inc. and Jordan Offutt as a package delivery driver from approximately July 2019 to January

26  2020. She was an employee of these Defendants for purposes of the Washington MWA, the

27  Washington Wage Rebate Act, and the Washington rest and meal break regulations. Plaintiff

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   Moore performed work for the above-identified Defendants in King County, Washington.

2      3.11   Defendant Amazon.com Inc. Defendant Amazon.com Inc. ("Amazon.com") is a

3   citizen of Washington with its principal place of business, headquarters, and nerve center in

4   Seattle, King County, Washington. Defendant Amazon.com has jointly employed Plaintiffs and

5   hundreds of other employees within the geographic boundaries of the City of Seattle and in the

6   state of Washington.

7      3.12   Defendant Amazon Logistics, Inc. Defendant Amazon Logistics, Inc. ("Amazon

8   Logistics") is a citizen of Washington with its principal place of business, headquarters, and

9   nerve center in Seattle, King County, Washington. Defendant Amazon Logistics has jointly

10  employed Plaintiffs and hundreds of other employees within the geographic boundaries of the

11  City of Seattle and in the state of Washington.

12     3.13   Defendant TEM Express Logistics LLC dba Temex Logistics and TEML. Defendant

13  TEM Express Logistics LLC dba Temex Logistics and TEML is a Washington limited liability

14  company doing business in King County, Washington. Defendant TEM Express Logistics LLC dba

15  Temex Logistics and TEML has jointly employed Plaintiff Rebecca Stelman and scores of other

16  employees within the geographic boundaries of the City of Seattle and in the state of

17  Washington.

18     3.14   Defendant Toritse Orubu. Defendant Toritse Orubu has at all relevant times been

19  a manager or owner of Defendant TEM Express Logistics LLC dba Temex Logistics and TEML and

20  has been engaged in running the company's business, managing the company's finances,

21  determining certain employment practices, maintaining certain employment records, and

22  exercising certain control over how the company's employees are paid and their working

23  conditions. Defendant Orubu is a citizen of Washington. Defendant Orubu has jointly employed

24  scores of delivery drivers within the geographic boundaries of the City of Seattle and in

25  Washington, including Plaintiff Stelman. At all relevant times, Defendant Orubu has been

26  married to J. Doe Orubu and did the acts complained of in pursuit of financial gain or livelihood

27  for himself individually and on behalf of and for the benefit of his marital community.

CLASS ACTION COMPLAINT - 8

1      3.15    <u>Defendant Butchie Boy Productions, Inc. d/b/a Exselon</u>. Defendant Butchie Boy

2 Productions, Inc. d/b/a Exselon is a Washington corporation doing business in King County,

3 Washington. Defendant Butchie Boy Productions, Inc. d/b/a Exselon has jointly employed

4 Plaintiff Stelman and scores of other employees within the geographic boundaries of the City of

5 Seattle and in the state of Washington.

6      3.16    <u>Defendant Jeffrey Butcher</u>. Defendant Jeffrey Butcher has at all relevant times

7 been a manager or owner of Defendant Butchie Boy Productions, Inc. d/b/a Exselon and has

8 been engaged in running the company's business, managing the company's finances,

9 determining certain employment practices, maintaining certain employment records, and

10 exercising certain control over how the company's employees are paid and their working

11 conditions. Defendant Jeffrey Butcher is a citizen of Washington. Defendant Jeffrey Butcher has

12 jointly employed scores of delivery drivers within the geographic boundaries of the City of

13 Seattle and in Washington, including Plaintiff Stelman. At all relevant times, Defendant Jeffrey

14 Butcher has been married to Kathryn Butcher and did the acts complained of in pursuit of

15 financial gain or livelihood for himself individually and on behalf of and for the benefit of his

16 marital community.

17      3.17    <u>Defendant Kathryn Butcher</u>. Defendant Kathryn Butcher has at all relevant times

18 been a manager or owner of Defendant Butchie Boy Productions, Inc. d/b/a Exselon and has

19 been engaged in running the company's business, managing the company's finances,

20 determining certain employment practices, maintaining certain employment records, and

21 exercising certain control over how the company's employees are paid and their working

22 conditions. Defendant Kathryn Butcher is a citizen of Washington. Defendant Kathryn Butcher

23 has jointly employed scores of delivery drivers within the geographic boundaries of the City of

24 Seattle and in Washington, including Plaintiff Stelman. At all relevant times, Defendant Kathryn

25 Butcher has been married to Jeffrey Butcher and did the acts complained of in pursuit of

26 financial gain or livelihood for herself individually and on behalf of and for the benefit of her

27 marital community.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        3.18    <u>Defendant Asteroids Group LLC dba ASTG</u>. Defendant Asteroids Group LLC dba

2 ASTG is a Washington limited liability company doing business in King County, Washington.

3 Defendant Asteroids Group LLC dba ASTG has jointly employed Plaintiff Mark Ochoa and scores

4 of other employees within the geographic boundaries of the City of Seattle and in the state of

5 Washington.

6        3.19    <u>Defendant Kingsley Onuchukwu</u>. Defendant Kingsley Onuchukwu has at all

7 relevant times been a manager or owner of Defendant Asteroids Group LLC dba ASTG and has

8 been engaged in running the company's business, managing the company's finances,

9 determining certain employment practices, maintaining certain employment records, and

10 exercising certain control over how the company's employees are paid and their working

11 conditions. Defendant Onuchukwu is a citizen of Washington. Defendant Onuchukwu has

12 jointly employed scores of delivery drivers within the geographic boundaries of the City of

13 Seattle and in Washington, including Plaintiff Ochoa. At all relevant times, Defendant

14 Onuchukwu has been married to J. Doe Onuchukwu and did the acts complained of in pursuit of

15 financial gain or livelihood for himself individually and on behalf of and for the benefit of his

16 marital community.

17        3.20    <u>Defendant Anahit Manukyan</u>. Defendant Anahit Manukyan has at all relevant

18 times been a manager or owner of Defendant Asteroids Group LLC dba ASTG and has been

19 engaged in running the company's business, managing the company's finances, determining

20 certain employment practices, maintaining certain employment records, and exercising certain

21 control over how the company's employees are paid and their working conditions. Defendant

22 Manukyan is a citizen of Washington. Defendant Manukyan has jointly employed scores of

23 delivery drivers within the geographic boundaries of the City of Seattle and in Washington,

24 including Plaintiff Ochoa. At all relevant times, Defendant Manukyan has been married to J. Doe

25 Manukyan and did the acts complained of in pursuit of financial gain or livelihood for herself

26 individually and on behalf of and for the benefit of her marital community.

27

CLASS ACTION COMPLAINT - 10

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       3.21    <u>Defendant Benchmark Transport, LLC</u>. Defendant Benchmark Transport, LLC is a

2 Washington limited liability company doing business in King County, Washington. Defendant

3 Benchmark Transport, LLC has jointly employed Plaintiff Ochoa and scores of other employees

4 within the geographic boundaries of the City of Seattle and in the state of Washington.

5       3.22    <u>Defendant Damien Wagner</u>. Defendant Damien Wagner has at all relevant times

6 been a manager or owner of Defendant Benchmark Transport, LLC and has been engaged in

7 running the company's business, managing the company's finances, determining certain

8 employment practices, maintaining certain employment records, and exercising certain control

9 over how the company's employees are paid and their working conditions. Defendant Wagner

10 is a citizen of Washington. Defendant Wagner has jointly employed scores of delivery drivers

11 within the geographic boundaries of the City of Seattle and in Washington, including Plaintiff

12 Ochoa. At all relevant times, Defendant Wagner has been married to J. Doe Wagner and did the

13 acts complained of in pursuit of financial gain or livelihood for himself individually and on behalf

14 of and for the benefit of his marital community.

15       3.23    <u>Defendant Alden Radoncic (aka Alden Radd)</u>. Defendant Alden Radoncic (aka

16 Alden Radd) has at all relevant times been a manager or owner of Defendant Benchmark

17 Transport, LLC and has been engaged in running the company's business, managing the

18 company's finances, determining certain employment practices, maintaining certain

19 employment records, and exercising certain control over how the company's employees are

20 paid and their working conditions. Defendant Radoncic is a citizen of Washington. Defendant

21 Radoncic has jointly employed scores of delivery drivers within the geographic boundaries of

22 the City of Seattle and in Washington, including Plaintiff Ochoa. At all relevant times, Defendant

23 Radoncic has been married to J. Doe Radoncic and did the acts complained of in pursuit of

24 financial gain or livelihood for himself individually and on behalf of and for the benefit of his

25 marital community.

26       3.24    <u>Defendant The Total Package Logistics, LLC</u>. Defendant The Total Package

27 Logistics, LLC is a Washington limited liability company doing business in King County,

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   Washington. Defendant The Total Package Logistics, LLC has jointly employed Plaintiff Coleman

2   and scores of other employees in the state of Washington.

3        3.25    Defendant Jeremy Fixler. Defendant Jeremy Fixler has at all relevant times been

4   a manager or owner of Defendant The Total Package Logistics, LLC and has been engaged in

5   running the company's business, managing the company's finances, determining certain

6   employment practices, maintaining certain employment records, and exercising certain control

7   over how the company's employees are paid and their working conditions. Defendant Jeremy

8   Fixler is a citizen of Washington. Defendant Jeremy Fixler has jointly employed scores of

9   delivery drivers in Washington, including Plaintiff Coleman. At all relevant times, Defendant

10  Jeremy Fixler has been married to Heather Fixler and did the acts complained of in pursuit of

11  financial gain or livelihood for himself individually and on behalf of and for the benefit of his

12  marital community.

13       3.26    Defendant Heather Fixler. Defendant Heather Fixler has at all relevant times

14  been a manager or owner of Defendant Heather Fixler and has been engaged in running the

15  company's business, managing the company's finances, determining certain employment

16  practices, maintaining certain employment records, and exercising certain control over how the

17  company's employees are paid and their working conditions. Defendant Heather Fixler is a

18  citizen of Washington. Defendant Heather Fixler has jointly employed scores of delivery drivers

19  in Washington, including Plaintiff Coleman. At all relevant times, Defendant Heather Fixler has

20  been married to Jeremy Fixler and did the acts complained of in pursuit of financial gain or

21  livelihood for herself individually and on behalf of and for the benefit of her marital community.

22       3.27    Defendant Nancy Luna. Defendant Nancy Luna has at all relevant times been a

23  manager or owner of Defendants The Total Package Logistics, LLC; Aslar Logistics LLC; GoPlay

24  Logistics LLC; Avanator.com LLC; and True Management LLC and has been engaged in running

25  the company's business, managing the company's finances, determining certain employment

26  practices, maintaining certain employment records, and exercising certain control over how the

27  company's employees are paid and their working conditions. Defendant Luna has jointly

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  employed scores of delivery drivers within the geographic boundaries of the City of Seattle and

2  in Washington, including Plaintiffs Coleman, Samuel, Hollerbach, Weatherston, and Nyaris. At

3  all relevant times, Defendant Luna has been married to J. Doe Luna and did the acts complained

4  of in pursuit of financial gain or livelihood for herself individually and on behalf of and for the

5  benefit of her marital community.

6        3.28  <u>Defendant Aslar Logistics LLC</u>. Defendant Aslar Logistics LLC is a Washington

7  limited liability company doing business in King County, Washington. Defendant Aslar Logistics

8  LLC has jointly employed Plaintiffs Coleman and Samuel and scores of other employees in the

9  state of Washington.

10        3.29  <u>Defendant Laura Johnson</u>. Defendant Laura Johnson has at all relevant times

11  been a manager or owner of Defendant Aslar Logistics LLC and has been engaged in running the

12  company's business, managing the company's finances, determining certain employment

13  practices, maintaining certain employment records, and exercising certain control over how the

14  company's employees are paid and their working conditions. Defendant Laura Johnson is a

15  citizen of Washington. Defendant Laura Johnson has jointly employed scores of delivery drivers

16  in Washington, including Plaintiffs Coleman and Samuel. At all relevant times, Defendant Laura

17  Johnson has been married to Joshua Johnson and did the acts complained of in pursuit of

18  financial gain or livelihood for herself individually and on behalf of and for the benefit of her

19  marital community.

20        3.30  <u>Defendant Joshua Johnson</u>. Defendant Joshua Johnson has at all relevant times

21  been a manager or owner of Defendant Aslar Logistics LLC and has been engaged in running the

22  company's business, managing the company's finances, determining certain employment

23  practices, maintaining certain employment records, and exercising certain control over how the

24  company's employees are paid and their working conditions. Defendant Joshua Johnson is a

25  citizen of Washington. Defendant Joshua Johnson has jointly employed scores of delivery

26  drivers in Washington, including Plaintiffs Coleman and Samuel. At all relevant times,

27  Defendant Joshua Johnson has been married to Laura Johnson and did the acts complained of

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   in pursuit of financial gain or livelihood for himself individually and on behalf of and for the

2   benefit of his marital community.

3       3.31   <u>Defendant GoPlay Logistics LLC</u>. Defendant GoPlay Logistics LLC is a Washington

4   limited liability company doing business in King County, Washington. Defendant GoPlay

5   Logistics LLC has jointly employed Plaintiff Hollerbach and scores of other employees within the

6   geographic boundaries of the City of Seattle and in the state of Washington.

7       3.32   <u>Defendant Tracy Pellett</u>. Defendant Tracy Pellett has at all relevant times been a

8   manager or owner of Defendant GoPlay Logistics LLC and has been engaged in running the

9   company's business, managing the company's finances, determining certain employment

10  practices, maintaining certain employment records, and exercising certain control over how the

11  company's employees are paid and their working conditions. Defendant Pellett is a citizen of

12  Washington. Defendant Pellett has jointly employed scores of delivery drivers within the

13  geographic boundaries of the City of Seattle and in Washington, including Plaintiff Hollerbach.

14  At all relevant times, Defendant Pellett has been married to J. Doe Pellett and did the acts

15  complained of in pursuit of financial gain or livelihood for himself individually and on behalf of

16  and for the benefit of his marital community.

17      3.33   <u>Defendant Avanator.com LLC</u>. Defendant Avanator.com LLC is a Washington

18  limited liability company doing business in King County, Washington. Defendant Avanator.com

19  LLC has jointly employed Plaintiff Weatherston and scores of other employees within the

20  geographic boundaries of the City of Seattle and in the state of Washington.

21      3.34   <u>Defendant Richard Zech</u>. Defendant Richard Zech has at all relevant times been a

22  manager or owner of Defendant Avanator.com LLC and has been engaged in running the

23  company's business, managing the company's finances, determining certain employment

24  practices, maintaining certain employment records, and exercising certain control over how the

25  company's employees are paid and their working conditions. Defendant Zech is a citizen of

26  Washington. Defendant Zech has jointly employed scores of delivery drivers within the

27  geographic boundaries of the City of Seattle and in Washington, including Plaintiff

CLASS ACTION COMPLAINT - 14

1    Weatherston. At all relevant times, Defendant Zech has been married to J. Doe Zech and did the

2    acts complained of in pursuit of financial gain or livelihood for himself individually and on behalf

3    of and for the benefit of his marital community.

4          3.35    Defendant Pole Position Express Logistics LLC. Defendant Pole Position Express

5    Logistics LLC is a Washington limited liability company doing business in King County,

6    Washington. Defendant Pole Position Express Logistics LLC has jointly employed Plaintiff Wright

7    and scores of other employees within the geographic boundaries of the City of Seattle and in

8    the state of Washington.

9          3.36    Defendant Dennis Hannah. Defendant Dennis Hannah has at all relevant times

10   been a manager or owner of Defendant Pole Position Express Logistics LLC and has been

11   engaged in running the company's business, managing the company's finances, determining

12   certain employment practices, maintaining certain employment records, and exercising certain

13   control over how the company's employees are paid and their working conditions. Defendant

14   Hannah is a citizen of Washington. Defendant Hannah has jointly employed scores of delivery

15   drivers within the geographic boundaries of the City of Seattle and in Washington, including

16   Plaintiff Wright. At all relevant times, Defendant Hannah has been married to J. Doe Hannah

17   and did the acts complained of in pursuit of financial gain or livelihood for himself individually

18   and on behalf of and for the benefit of his marital community.

19         3.37    Defendant True Management LLC. Defendant True Management LLC is a

20   Washington limited liability company doing business in King County, Washington. Defendant

21   True Management LLC has jointly employed Plaintiff Nyaris and scores of other employees in

22   the state of Washington.

23         3.38    Defendant Christopher Lilley. Defendant Christopher Lilley has at all relevant

24   times been a manager or owner of Defendant True Management LLC and has been engaged in

25   running the company's business, managing the company's finances, determining certain

26   employment practices, maintaining certain employment records, and exercising certain control

27   over how the company's employees are paid and their working conditions. Defendant Lilley is a

CLASS ACTION COMPLAINT - 15

1   citizen of Washington. Defendant Lilley has jointly employed scores of delivery drivers in

2   Washington, including Plaintiff Nyaris. At all relevant times, Defendant Lilley has been married

3   to J. Doe Lilley and did the acts complained of in pursuit of financial gain or livelihood for

4   himself individually and on behalf of and for the benefit of his marital community.

5        3.39   <u>Defendant B.B.W. Holdings, Inc.</u> Defendant B.B.W. Holdings, Inc. is a Michigan

6   corporation doing business in King County, Washington. Defendant B.B.W. Holdings, Inc. has

7   jointly employed Plaintiff Hernandez and scores of other employees in the state of Washington.

8        3.40   <u>Defendant Barry Williams</u>. Defendant Barry Williams has at all relevant times

9   been a manager or owner of Defendant B.B.W. Holdings, Inc. and has been engaged in running

10   the company's business, managing the company's finances, determining certain employment

11   practices, maintaining certain employment records, and exercising certain control over how the

12   company's employees are paid and their working conditions. Defendant Williams has jointly

13   employed scores of delivery drivers in Washington, including Plaintiff Hernandez. At all relevant

14   times, Defendant Williams has been married to J. Doe Williams and did the acts complained of

15   in pursuit of financial gain or livelihood for himself individually and on behalf of and for the

16   benefit of his marital community.

17        3.41   <u>Defendant Paragon Deliveries Inc.</u> Defendant Paragon Deliveries Inc. is a

18   Washington corporation doing business in King County, Washington. Defendant Paragon

19   Deliveries Inc. has jointly employed Plaintiff Moore and scores of other employees in the state

20   of Washington.

21        3.42   <u>Defendant Jordan Offutt</u>. Defendant Jordan Offutt has at all relevant times been

22   a manager or owner of Defendant Paragon Deliveries Inc. and has been engaged in running the

23   company's business, managing the company's finances, determining certain employment

24   practices, maintaining certain employment records, and exercising certain control over how the

25   company's employees are paid and their working conditions. Defendant Offutt is a citizen of

26   Washington. Defendant Offutt has jointly employed scores of delivery drivers in Washington,

27   including Plaintiff Moore. At all relevant times, Defendant Offutt has been married to J. Doe

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   Offutt and did the acts complained of in pursuit of financial gain or livelihood for himself

2   individually and on behalf of and for the benefit of his marital community.

3                           **IV.    CLASS ACTION ALLEGATIONS**

4        4.1    <u>Class Definitions</u>.

5               4.1.1    <u>The Class</u>. Under Civil Rule 23(a) and (b)(3), Plaintiffs bring this case as a

6   class action against the Amazon Defendants on behalf of the class defined as follows (the

7   "Class"):

8               All persons who, between September 30, 2019, and the date of
9               final disposition of this action, have performed services for the
                Amazon Defendants in Washington as non-managerial and non-
10              supervisory package delivery drivers and have been paid by a
11              contracted delivery service provider that had an Amazon Delivery
                Provider agreement with one or both of the Amazon Defendants.
12

13              4.1.2    <u>The Seattle Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiffs Stelman,

14  Ochoa, Hollerbach, Weatherston, and Wright also bring this case against the Amazon

15  Defendants on behalf of a subclass defined as follows (the "Seattle Subclass"):

16              All persons who, between September 30, 2019, and the date of
17              final disposition of this action, have performed services for the
                Amazon Defendants in the city of Seattle as non-managerial and
18              non-supervisory package delivery drivers and have been paid by a
                contracted delivery service provider that had an Amazon Delivery
19              Provider agreement with one or both of the Amazon Defendants.

20
                4.1.3    <u>The TEM Express Logistics Subclass</u>. Under Civil Rule 23(a) and (b)(3),
21
    Plaintiff Stelman also brings this case as a class action against the Amazon Defendants and
22
    Defendants TEM Express Logistics LLC dba Temex Logistics and TEML and Toritse Orubu on
23
    behalf of a subclass defined as follows (the "TEM Express Logistics Subclass"):
24

25              All persons who, between September 30, 2019, and the date of
                final disposition of this action, have been paid by Defendant TEM
26              Express Logistics LLC dba Temex Logistics and TEML to perform

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.4   The TEM Express Logistics Seattle Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Stelman also brings this case as a class action against the Amazon Defendants and Defendants TEM Express Logistics LLC dba Temex Logistics and TEML and Toritse Orubu on behalf of a subclass defined as follows (the "TEM Express Logistics Seattle Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant TEM Express Logistics LLC dba Temex Logistics and TEML to perform services for the Amazon Defendants in the city of Seattle as non-managerial and non-supervisory package delivery drivers.

4.1.5   The Exselon Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Stelman also brings this case as a class action against the Amazon Defendants and Defendants Butchie Boy Productions, Inc. d/b/a Exselon, Jeffrey Butcher, and Kathryn Butcher on behalf of a subclass defined as follows (the "Exselon Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Butchie Boy Productions, Inc. d/b/a Exselon to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.6   The Exselon Seattle Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Stelman also brings this case as a class action against the Amazon Defendants and Defendants Butchie Boy Productions, Inc. d/b/a Exselon, Jeffrey Butcher, and Kathryn Butcher on behalf of a subclass defined as follows (the "Exselon Seattle Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Butchie Boy Productions, Inc. d/b/a Exselon to perform services for the Amazon Defendants in the city of Seattle as non-managerial and non-supervisory package delivery drivers.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4.1.7   <u>The Asteroids Group Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff Ochoa also brings this case as a class action against the Amazon Defendants and Defendants Asteroids Group LLC dba ASTG, Kingsley Onuchukwu, and Anahit Manukyan on behalf of a subclass defined as follows (the "Asteroids Group Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Asteroids Group LLC dba ASTG to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.8   <u>The Asteroids Group Seattle Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff Ochoa also brings this case as a class action against the Amazon Defendants and Defendants Asteroids Group LLC dba ASTG, Kingsley Onuchukwu, and Anahit Manukyan on behalf of a subclass defined as follows (the "Asteroids Group Seattle Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Asteroids Group LLC dba ASTG to perform services for the Amazon Defendants in the city of Seattle as non-managerial and non-supervisory package delivery drivers.

4.1.9   <u>The Benchmark Transport Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff Ochoa also brings this case as a class action against the Amazon Defendants and Defendants Benchmark Transport, LLC, Damien Wagner, and Alden Radoncic (aka Alden Radd) on behalf of a subclass defined as follows (the "Benchmark Transport Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Benchmark Transport, LLC to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.10   <u>The Benchmark Transport Seattle Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff Ochoa also brings this case as a class action against the Amazon Defendants and

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Defendants Benchmark Transport, LLC, Damien Wagner, and Alden Radoncic (aka Alden Radd) on behalf of a subclass defined as follows (the "Benchmark Transport Seattle Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Benchmark Transport, LLC to perform services for the Amazon Defendants in the city of Seattle as non-managerial and non-supervisory package delivery drivers.

4.1.11  The Total Package Logistics Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Coleman also brings this case as a class action against the Amazon Defendants and Defendants The Total Package Logistics, LLC, Jeremy Fixler, Heather Fixler, and Nancy Luna on behalf of a subclass defined as follows (the "Total Package Logistics Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant The Total Package Logistics, LLC to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.12  The Aslar Logistics Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiffs Coleman and Samuel also bring this case as a class action against the Amazon Defendants and Defendants Aslar Logistics LLC, Laura Johnson, Joshua Johnson, and Nancy Luna on behalf of a subclass defined as follows (the "Aslar Logistics Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Aslar Logistics LLC to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.13  The GoPlay Logistics Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Hollerbach also brings this case as a class action against the Amazon Defendants and Defendants GoPlay Logistics LLC, Tracy Pellett, and Nancy Luna on behalf of a subclass defined as follows (the "GoPlay Logistics Subclass"):

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4

> All persons who, between September 30, 2019, and the date of
> final disposition of this action, have been paid by Defendant GoPlay
> Logistics LLC to perform services for the Amazon Defendants in
> Washington as non-managerial and non-supervisory package
> delivery drivers.

5
6
7
8

4.1.14  The GoPlay Logistics Seattle Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Hollerbach also brings this case as a class action against the Amazon Defendants and Defendants GoPlay Logistics LLC, Tracy Pellett, and Nancy Luna on behalf of a subclass defined as follows (the "GoPlay Logistics Seattle Subclass"):

9
10
11
12

> All persons who, between September 30, 2019, and the date of
> final disposition of this action, have been paid by Defendant GoPlay
> Logistics LLC to perform services for the Amazon Defendants in the
> city of Seattle as non-managerial and non-supervisory package
> delivery drivers.

13
14
15
16
17

4.1.15  The Avanator.com Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Weatherston also brings this case as a class action against the Amazon Defendants and Defendants Avanator.com LLC, Richard Zech, and Nancy Luna on behalf of a subclass defined as follows (the "Avanator.com Subclass"):

18
19
20

> All persons who, between September 30, 2019, and the date of
> final disposition of this action, have been paid by Defendant
> Avanator.com LLC to perform services for the Amazon Defendants
> in Washington as non-managerial and non-supervisory package
> delivery drivers.

21
22
23
24
25

4.1.16  The Avanator.com Seattle Subclass. Under Civil Rule 23(a) and (b)(3), Plaintiff Weatherston also brings this case as a class action against the Amazon Defendants and Defendants Avanator.com LLC, Richard Zech, and Nancy Luna on behalf of a subclass defined as follows (the "Avanator.com Seattle Subclass"):

26
27

> All persons who, between September 30, 2019, and the date of
> final disposition of this action, have been paid by Defendant
> Avanator.com LLC to perform services for the Amazon Defendants

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    in the city of Seattle as non-managerial and non-supervisory
     package delivery drivers.

2

3        4.1.17  The Pole Position Express Logistics Subclass. Under Civil Rule 23(a) and

4   (b)(3), Plaintiff Wright also brings this case as a class action against the Amazon Defendants and

5   Defendants Pole Position Express Logistics LLC and Dennis Hannah on behalf of a subclass

6   defined as follows (the "Pole Position Express Logistics Subclass"):

7        All persons who, between September 30, 2019, and the date of
         final disposition of this action, have been paid by Defendant Pole
8        Position Express Logistics LLC to perform services for the Amazon
         Defendants in Washington as non-managerial and non-supervisory
9        package delivery drivers.

10

11       4.1.18  The Pole Position Express Logistics Seattle Subclass. Under Civil Rule 23(a)

12  and (b)(3), Plaintiff Wright also brings this case as a class action against the Amazon Defendants

13  and Defendants Pole Position Express Logistics LLC and Dennis Hannah on behalf of a subclass

14  defined as follows (the "Pole Position Express Logistics Seattle Subclass"):

15       All persons who, between September 30, 2019, and the date of
         final disposition of this action, have been paid by Defendant Pole
16       Position Express Logistics LLC to perform services for the Amazon
         Defendants in the city of Seattle as non-managerial and non-
17       supervisory package delivery drivers.

18

19       4.1.19  The True Management Subclass. Under Civil Rule 23(a) and (b)(3),

20  Plaintiff Nyaris also brings this case as a class action against the Amazon Defendants and

21  Defendants True Management LLC, Christopher Lilley, and Nancy Luna on behalf of a subclass

22  defined as follows (the "True Management Subclass"):

23       All persons who, between September 30, 2019, and the date of
         final disposition of this action, have been paid by Defendant True
24       Management LLC to perform services for the Amazon Defendants
         in Washington as non-managerial and non-supervisory package
25       delivery drivers.

26

27

CLASS ACTION COMPLAINT - 22

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4.1.20  <u>The B.B.W. Holdings Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff Hernandez also brings this case as a class action against the Amazon Defendants and Defendants B.B.W. Holdings, Inc. and Barry Williams on behalf of a subclass defined as follows (the "B.B.W. Holdings Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant B.B.W. Holdings, Inc. to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

4.1.21  <u>The Paragon Deliveries Subclass</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff Moore also brings this case as a class action against the Amazon Defendants and Defendants Paragon Deliveries Inc. and Jordan Offutt on behalf of a subclass defined as follows (the "Paragon Deliveries Subclass"):

> All persons who, between September 30, 2019, and the date of final disposition of this action, have been paid by Defendant Paragon Deliveries Inc. to perform services for the Amazon Defendants in Washington as non-managerial and non-supervisory package delivery drivers.

Excluded from the Class and Subclasses are:

> (1) drivers who performed package delivery services for the Amazon Defendants pursuant to a contract entered into directly between the driver and one or both of the Amazon Defendants at any point since September 30, 2019, including any Amazon Flex drivers, but only as to the work these drivers performed under such contracts—meaning these drivers are included in the Class and Subclasses with respect to any work performed under a contracted delivery service provider; and

> (2) drivers who have been owners or corporate officers of any entity that had an Amazon Delivery Provider Agreement with one or both of the Amazon Defendants since September 30, 2019.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       4.2    Numerosity. Plaintiffs believe that hundreds of persons have worked as delivery

2  drivers for Defendants in Washington during the proposed class period. The members of the

3  Class and Subclasses are each so numerous that joinder of all such members is impracticable.

4  Moreover, the disposition of the claims of the Class and Subclasses in a single action will

5  provide substantial benefits to all parties and the Court.

6       4.3    Commonality. There are numerous questions of law and fact common to

7  Plaintiffs and members of the Class and Subclasses. These questions include, but are not limited

8  to, the following:

9          4.3.1   Whether the Amazon Defendants are joint employers of the members of

10  the Class and Subclasses;

11          4.3.2   Whether Defendants have engaged in a common course of failing to

12  provide members of the Class and Subclasses with a ten-minute rest break for every four hours

13  of work;

14          4.3.3   Whether Defendants have engaged in a common course of requiring

15  members of the Class and Subclasses to work more than three consecutive hours without a rest

16  break;

17          4.3.4   Whether Defendants have engaged in a common course of failing to

18  ensure members of the Class and Subclasses have received the rest breaks to which they are

19  entitled;

20          4.3.5   Whether Defendants have engaged in a common course of failing to pay

21  members of the Class and Subclasses an additional ten minutes of compensation for each

22  missed rest break;

23          4.3.6   Whether Defendants have engaged in a common course of failing to

24  provide members of the Class and Subclasses with a thirty-minute meal break for every five

25  hours of work;

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        4.3.7    Whether Defendants have engaged in a common course of failing to

2   ensure that members of the Class and Subclasses have received the meal breaks to which they

3   are entitled;

4        4.3.8    Whether Defendants have engaged in a common course of failing to pay

5   members of the Class and Subclasses an additional thirty minutes of compensation for each

6   missed meal break;

7        4.3.9    Whether Defendants have failed to keep true and accurate time records

8   for all hours worked by members of the Class and Subclasses;

9        4.3.10    Whether Defendants have engaged in a common course of failing to

10   pay members of the Class and Subclasses for each hour of work;

11        4.3.11    Whether Defendants have engaged in a common course of failing to

12   pay all overtime wages owed to members of the Class and Subclasses for hours worked in

13   excess of forty per workweek;

14        4.3.12    Whether Defendants' failure to pay all wages owed to members of the

15   Class and Subclasses was willful;

16        4.3.13    Whether Defendants have violated RCW 49.12.020;

17        4.3.14    Whether Defendants have violated WAC 296-126-092;

18        4.3.15    Whether Defendants have violated RCW 49.46.020;

19        4.3.16    Whether Defendants have violated RCW 49.46.090;

20        4.3.17    Whether Defendants have violated RCW 49.46.130;

21        4.3.18    Whether Defendants have violated WAC 296-128-550;

22        4.3.19    Whether Defendants have violated RCW 49.52.050;

23        4.3.20    Whether Defendants have violated WAC 296-128-010;

24        4.3.21    Whether Defendants have violated WAC 296-126-040;

25        4.3.22    Whether Defendants have violated SMC 14.20.020 and SMC

26   14.19.035;

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       4.3.23     Whether Defendants have violated SMC 14.20.025;

2       4.3.24     Whether Defendants have violated SMC 14.20.030; and

3       4.3.25     The nature and extent of the injury to the Class and Subclasses.

4      4.4     _Typicality_. Plaintiffs' claims are typical of the claims of the Class and Subclasses.

5    All Plaintiffs performed services in the state of Washington for the Amazon Defendants as

6    delivery drivers and have worked directly for an Amazon DSP in the state of Washington and

7    are thus members of the Class and the respective DSP Subclass naming the DSP for which they

8    worked. Plaintiffs Stelman, Ochoa, Hollerbach, Weatherston, and Wright performed services in

9    the city of Seattle for the Amazon Defendants as delivery drivers and have worked directly for

10   an Amazon DSP in the city of Seattle and thus are also members of the Seattle Subclass and the

11   respective DSP Seattle Subclass naming the DSP for which they worked. Plaintiffs' claims, like

12   the claims of the Class and Subclasses, arise out of the same common course of conduct by

13   Defendants and are based on the same legal and remedial theories, including that the Amazon

14   Defendants are joint employers of Plaintiffs and members of the Class and Subclasses under

15   both Washington law and the Seattle Municipal Code.

16     4.5     _Adequacy_. Plaintiffs will fairly and adequately protect the interests of the Class

17   and Subclasses. Plaintiffs have retained competent and capable attorneys who have significant

18   experience in complex and class action employment law litigation. Plaintiffs and their counsel

19   are committed to prosecuting this action vigorously on behalf of the Class and Subclasses and

20   have the financial resources to do so. Neither Plaintiffs nor their counsel have interests that are

21   contrary to or that conflict with those of the Class and Subclasses.

22     4.6     _Predominance_. Defendants have engaged in a common course of wage and hour

23   abuse toward Plaintiffs and members of the Class and Subclasses. The common issues arising

24   from this conduct that affect Plaintiffs and members of the Class and Subclasses predominate

25   over any individual issues. Adjudication of these common issues in a single action has important

26   and desirable advantages of judicial economy.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    4.7    _Superiority_. Plaintiffs and members of the Class and Subclasses have suffered

2    and will continue to suffer harm and damages as a result of Defendants' unlawful and wrongful

3    conduct. Absent a class action, however, most members of the Class and Subclasses likely

4    would find the cost of litigating their claims prohibitive. Class treatment is superior to multiple

5    individual suits or piecemeal litigation because it conserves judicial resources, promotes

6    consistency and efficiency of adjudication, provides a forum for small claimants, and deters

7    illegal activities. There will be no significant difficulty in the management of this case as a class

8    action. The members of the Class and Subclasses are readily identifiable from Defendants'

9    records.

10                    **V.    SUMMARY OF FACTUAL ALLEGATIONS**

11   5.1    _Common Course of Conduct: Joint Employment_. The Amazon Defendants are

12   joint employers of all delivery drivers in Washington who have worked directly for an Amazon

13   Delivery Service Provider that has a Delivery Provider agreement with Amazon. The following

14   facts, among many others, show that the Amazon Defendants are joint employers of Plaintiffs

15   and members of the Class and Subclasses:

16            5.1.1    The Amazon Defendants instruct Plaintiffs and members of the Class and

17   Subclasses regarding what packages to deliver, on what days to deliver those packages, and in

18   what order to deliver those packages. The drivers must perform these duties while driving

19   Amazon branded delivery vehicles, wearing Amazon branded uniforms, using Amazon "Rabbit"

20   or other Amazon delivery devices, and acting on the direction of Amazon. Indeed, Plaintiffs and

21   members of the Class and Subclasses have been dependent on Amazon for virtually every

22   aspect of their jobs, including the existence of the job itself. Although Plaintiffs and members of

23   the Class and Subclasses work for so-called Delivery Service Providers on Amazon routes, the

24   Amazon Defendants have retained control over the manner and means by which Plaintiffs and

25   members of the Class and Subclasses perform their jobs.

26            5.1.2    The Amazon Defendants control driver schedules and work hours by,

27   among other things, (1) requiring drivers to arrive at an Amazon distribution center, where they

CLASS ACTION COMPLAINT - 27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  pick up Amazon packages, at or near the beginning of their shifts, (2) requiring drivers to load

2  packages into Amazon-branded vans, (3) requiring drivers to scan all packages using the

3  Amazon Rabbit or other Amazon delivery device, (4) requiring drivers to deliver packages within

4  certain time frames, (5) requiring drivers to use the Mentor application installed on the Amazon

5  Rabbit or other electronic device to track their driving habits, delivery speed, and nearly every

6  other movement throughout their shift; and (6) requiring drivers to return to the Amazon

7  distribution center at the end of each day with any undelivered packages.

8         5.1.3    The Amazon Defendants require drivers to abide by certain delivery rules

9  and procedures.

10         5.1.4    The Amazon Defendants require drivers to inform Amazon officials when

11  they cannot deliver packages by calling Amazon Transportation Operations Center ("TOC").

12         5.1.5    The Amazon Defendants require drivers to follow all Amazon TOC

13  instructions.

14         5.1.6    The Amazon Defendants provide orientation and training to the drivers

15  on the use of the "Rabbit" device and Amazon delivery software and calling Amazon TOC.

16         5.1.7    The Amazon Defendants maintain detailed records of each driver's status

17  and package delivery times.

18         5.1.8    The Amazon Defendants direct drivers to take pictures of packages in the

19  position where they have been delivered and to inform Amazon officials when packages are not

20  delivered.

21         5.1.9    The work of drivers is one step—collecting and delivering packages—in

22  the sequence of steps necessary to Amazon's business model. This job does not require

23  specialized skills or a high degree of judgment.

24         5.1.10    The process for package delivery can pass from one delivery contractor

25  to another without any material changes. Regardless of who acts as the delivery contractor, the

26  work directed by Amazon remains the same.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    5.1.11    The drivers use the premises and equipment of the Amazon Defendants

2  for their work. Plaintiffs and members of the Class and Subclasses regularly start and end their

3  delivery routes at Amazon warehouses. They interact with Amazon warehouse workers when

4  sorting packages and at the beginning and end of their route.

5    5.1.12    The Amazon Defendants require drivers to return any undelivered

6  packages ("concessions") to the Amazon warehouse from which the packages were picked up.

7    5.1.13    The Amazon Defendants have made a considerable investment in

8  equipment and materials necessary for the work of Plaintiffs and members of the Class and

9  Subclasses. Among other things, Amazon provides Rabbits and other electronic devices for

10  drivers to record their work time and deliveries, customer service department employees to

11  handle customer complaints and inquiries, the package delivery infrastructure in which drivers

12  work, and the warehouses necessary for the drivers' work.

13    5.1.14    Plaintiffs and members of the Class and Subclasses have no opportunity

14  for profit or loss depending on their managerial skill.

15    5.1.15    The economic reality is that Plaintiffs and members of the Class and

16  Subclasses are dependent on Amazon—the entity to which they render package pick-up and

17  delivery services—for virtually every aspect of their jobs.

18    5.1.16    The package pick-up and delivery services of Plaintiffs and members of

19  the Class and Subclasses are an integral part of Amazon's business.

20    5.2    <u>Common Course of Conduct: Failure to Provide Proper Rest Breaks</u>. Defendants

21  have engaged in a common course of failing to provide members of the Class and Subclasses

22  with a paid ten-minute rest break for every four hours of work.

23    5.2.1    Defendants have engaged in a common course of requiring or permitting

24  members of the Class and Subclasses to work more than three consecutive hours without a rest

25  break.

26    5.2.2    Defendants have engaged in a common course of failing to ensure

27  members of the Class and Subclasses have taken the rest breaks to which they are entitled.

CLASS ACTION COMPLAINT - 29

1           5.2.3    Defendants have engaged in a common course of failing to provide

2 members of the Class and Subclasses with ten minutes of additional pay for each missed rest

3 break.

4           5.2.4    Defendants' delivery drivers do not have time to take rest breaks because

5 their routes are very busy, often requiring delivery of 200 to 300 packages per day, and

6 Defendants have no system in place to relieve employees during busy periods in order for the

7 employees to take rest breaks.

8           5.2.5    Defendants' delivery drivers are frequently unable to even stop to use a

9 restroom during the entirety of their shifts because there is so much pressure from Defendants

10 to deliver a high volume of packages in as little time as possible. Consequently, drivers must

11 resort to urinating in bottles or cans in their delivery vans or relieving themselves along the side

12 of the road or in wooded areas. Some drivers have found bottles of urine or bags of excrement

13 left behind by other drivers in delivery vans, totes, or in Amazon warehouses. Other drivers

14 have even been instructed by supervisors not to stop for restroom breaks but to instead urinate

15 into bottles in their vans so they can complete all of their deliveries on time.

16           5.2.6    Defendants have had actual or constructive knowledge of the fact that

17 hourly paid employees do not receive ten-minute rest breaks for every four hours of work,

18 must work more than three consecutive hours without a rest break, and do not receive ten

19 minutes of additional pay for each rest break they miss.

20      5.3    <u>Common Course of Conduct: Failure to Provide Proper Meal Breaks</u>. Defendants

21 have engaged in, and continue to engage in, a common course of failing to provide their hourly

22 paid employees with an uninterrupted, thirty-minute meal break for every five hours of work

23 and requiring or permitting their hourly paid employees to work more than five consecutive

24 hours without a meal break.

25           5.3.1    Defendants have engaged in a common course of requiring or permitting

26 members of the Class and Subclasses to work more than five consecutive hours without a meal

27 break.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    5.3.2    Defendants have engaged in a common course of failing to ensure

2  members of the Class and Subclasses have taken the meal breaks to which they are entitled.

3    5.3.3    Defendants have engaged in a common course of failing to provide

4  members of the Class and Subclasses with thirty minutes of additional pay for each missed meal

5  break.

6    5.3.4    Plaintiffs and members of the Class and Subclasses regularly are unable

7  to take the full, thirty-minute meal breaks to which they are entitled because of how many

8  packages they must deliver.

9    5.3.5    Plaintiffs and members of the Class and Subclasses often eat only while

10  on-the-go to ensure they can complete all their necessary work.

11    5.3.6    Defendants have had actual or constructive knowledge of the fact that

12  hourly paid employees do not receive uninterrupted, thirty-minute meal breaks for every five

13  hours of work and are required or permitted to work more than five consecutive hours without

14  a meal break.

15    5.4    <u>Common Course of Conduct: Failure to Pay for All Hours Worked</u>. Defendants

16  have engaged in a common course of failing to pay Plaintiffs and members of the Class and

17  Subclasses for each hour worked. Defendants have also engaged in a common course of failing

18  to pay Plaintiffs and members of the Class and Subclasses for off-the-clock work that the

19  Amazon Defendants suffered, permitted, or required the drivers to perform.

20    5.4.1    Before clocking in for their shifts, Plaintiffs and members of the Class and

21  Subclasses were required to perform work off the clock, including safety checks on delivery

22  vans; moving delivery vans from one location to another; and driving delivery vans from off-site

23  parking lots where vans were stored to the Amazon distribution warehouse at a separate

24  location to pick up packages for delivery. Plaintiffs and members of the Class and Subclasses

25  were not allowed to clock in for their shift until after they performed this work or after they

26  arrived at the second location.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    5.4.2   At the end of every shift, Plaintiffs and members of the Class and

2  Subclasses were required to return to the Amazon warehouse with any undelivered packages.

3  Plaintiffs and members of the Class and Subclasses were required to clock out before

4  performing end-of-shift activities, including debriefing dispatchers and warehouse workers;

5  conducting post-trip inspections, and driving delivery vans back to the location where the vans

6  were stored.

7    5.4.3   As a result of Defendants' common course of suffering, permitting, or

8  requiring Plaintiffs and members of the Class and Subclasses to perform off-the-clock work,

9  Defendants have failed to pay Plaintiffs and members of the Class and Subclasses for all hours

10  worked.

11    5.4.4   Defendants have had actual or constructive knowledge of the fact that

12  they have not paid Plaintiffs and members of the Class and Subclasses for all hours worked.

13    5.5    Common Course of Conduct: Failure to Pay Overtime Wages. Defendants have

14  engaged in a common course of failing to pay proper overtime wages to members of the Class

15  and Subclasses.

16    5.5.1   Members of the Class and Subclasses are entitled to one and one-half

17  times the regular rate of pay for all hours worked in excess of forty hours per week.

18    5.5.2   Defendants did not pay overtime compensation to the members of the

19  Class and Subclasses for the unpaid hours described in Paragraph 5.4 above.

20    5.5.3   The Amazon Defendants failed to pay Plaintiffs and members of the Class

21  and Subclasses one and one-half times the regular rate of pay for all hours worked in excess of

22  forty hours per week. Plaintiffs and members of the Class and Subclasses regularly worked

23  more than forty hours per week, but the Amazon Defendants did not properly compensate

24  them for all overtime hours worked.

25    5.5.4   The Amazon Defendants refuse to recognize Plaintiffs and members of

26  the Class and Subclasses as employees and thus fails to pay them overtime wages when they

27  work more than 40 hours per week.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1             5.5.5   The Amazon Defendants fail to pay their Delivery Service Providers a

2  sufficient amount to ensure the Delivery Service Providers pay all required overtime wages to

3  second-tier delivery drivers.

4             5.5.6     Defendants' failure to compensate employees for missed rest and

5  meal breaks also results in Defendants' failure to pay members of the Class and Subclasses all

6  required overtime wages when the missed rest and meal breaks extend the hours worked in a

7  week beyond forty.

8             5.5.7     Defendants have had actual or constructive knowledge of the fact that

9  members of the Class and Subclasses were not properly compensated for all overtime hours

10  worked.

11                  **VI.**     **FIRST CLAIM FOR RELIEF**

12    **(Violations of RCW 49.12.020 and WAC 296-126-092 — Failure to Provide Rest Periods)**

13       6.1    Plaintiffs reallege and incorporate by reference each and every allegation set

14  forth in the preceding paragraphs.

15       6.2    RCW 49.12.010 provides that "[t]he welfare of the state of Washington demands

16  that all employees be protected from conditions of labor which have a pernicious effect on

17  their health. The state of Washington, therefore, exercising herein its police and sovereign

18  power declares that inadequate wages and unsanitary conditions of labor exert such pernicious

19  effect."

20       6.3    RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any

21  industry or occupation within the state of Washington under conditions of labor detrimental to

22  their health."

23       6.4    Under RCW 49.12.005 and WAC 296-126-002, "conditions of labor" "means and

24  includes the conditions of rest and meal periods" for employees.

25       6.5    WAC 296-126-092 provides that employees shall be allowed certain paid rest

26  periods during their shifts.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.6     Under Washington law, Defendants have an obligation to provide employees with the rest breaks to which they are entitled.

6.7     Under Washington law, Defendants have an obligation to ensure that employees take the rest breaks to which they are entitled.

6.8     Under Washington law, Defendants have an obligation to provide employees with ten minutes of additional pay for each missed rest break.

6.9     By the actions alleged above, Defendants have violated the provisions of RCW 49.12.020 and WAC 296-126-092.

6.10    As a result of the unlawful acts of Defendants, Plaintiffs and members of the Class and Subclasses have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and members of the Class and Subclasses are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

## VII.     SECOND CLAIM FOR RELIEF

**(Violations of RCW 49.12.020 and WAC 296-126-092 — Failure to Provide Meal Periods)**

7.1     Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

7.2     RCW 49.12.010 provides that "[t]he welfare of the state of Washington demands that all employees be protected from conditions of labor which have a pernicious effect on their health. The state of Washington, therefore, exercising herein its police and sovereign power declares that inadequate wages and unsanitary conditions of labor exert such pernicious effect."

7.3     RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any industry or occupation within the state of Washington under conditions of labor detrimental to their health."

7.4     Under RCW 49.12.005 and WAC 296-126-002, "conditions of labor" "means and includes the conditions of rest and meal periods" for employees.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    7.5    WAC 296-126-092 provides that employees shall be allowed certain meal periods

2  during their shifts, and the meal periods shall be on the employer's time when the employee is

3  required by the employer to remain on duty on the premises or at a prescribed work site in the

4  interest of the employer.

5    7.6    Under Washington law, Defendants have an obligation to provide employees

6  with the meal breaks to which they are entitled.

7    7.7    Under Washington law, Defendants have an obligation to ensure that employees

8  take the meal breaks to which they are entitled.

9    7.8    Under Washington law, Defendants have an obligation to provide employees

10  with thirty minutes of additional pay for each missed meal break.

11    7.9    By the actions alleged above, Defendants have violated the provisions of RCW

12  49.12.020 and WAC 296-126-092.

13    7.10    As a result of the unlawful acts of Defendants, Plaintiffs and members of the

14  Class and Subclasses have been deprived of compensation in amounts to be determined at trial,

15  and Plaintiffs and members of the Class and Subclasses are entitled to the recovery of such

16  damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

17          **VIII.    THIRD CLAIM FOR RELIEF**

18      **(Violations of RCW 49.46.090 — Payment of Wages Less than Entitled)**

19    8.1    Plaintiffs reallege and incorporate by reference each and every allegation set

20  forth in the preceding paragraphs.

21    8.2    RCW 49.46.090 provides that "[a]ny employer who pays any employee less than

22  the amounts to which such employee is entitled under or by virtue of [the Washington

23  Minimum Wage Act], shall be liable to such employee affected for the full amount due to such

24  employee under this chapter, less any amount actually paid to such employee by the employer,

25  and for costs and such reasonable attorney's fees as may be allowed by the court."

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    8.3    By the actions alleged above, Defendants have violated the provisions of RCW

2    49.46.090, including by failing to pay wages to members of the Class and Subclasses for missed

3    rest and meal breaks and for all hours worked.

4    8.4    As a result of the unlawful acts of Defendants, Plaintiffs and members of the

5    Class and Subclasses have been deprived of compensation in amounts to be determined at trial,

6    and Plaintiffs and members of the Class and Subclasses are entitled to the recovery of such

7    damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.46.090.

8                          **IX.    FOURTH CLAIM FOR RELIEF**

9               **(Violations of RCW 49.46.130 – Failure to Pay Overtime Wages)**

10    9.1    Plaintiffs reallege and incorporate by reference each and every allegation set

11    forth in the preceding paragraphs.

12    9.2    RCW 49.46.130 provides that "no employer shall employ any of his or her

13    employees for a workweek longer than forty hours unless such employee receives

14    compensation for his or her employment in excess of the hours above specified at a rate not

15    less than one and one-half times the regular rate at which he or she is employed."

16    9.3    By the actions alleged above, Defendants have violated the provisions of RCW

17    49.46.130 by failing to pay proper overtime wages to members of the Class and Subclasses,

18    including but not limited to during workweeks in which missed rest and meal break time

19    extended the workweek beyond forty hours.

20    9.4    By the actions alleged above, Defendants have also violated the provisions of

21    RCW 49.46.130 by failing to pay proper overtime wages to members of the Class and Subclasses

22    during workweeks in which those employees worked over forty hours but were not properly

23    compensated for all hours worked.

24    9.5    As a result of the unlawful acts of Defendants, Plaintiffs and members of the

25    Class and Subclasses have been deprived of compensation in amounts to be determined at trial,

26    and Plaintiffs and members of the Class and Subclasses are entitled to recovery of such

27    damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.46.090.

CLASS ACTION COMPLAINT - 36

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## X.  FIFTH CLAIM FOR RELIEF

### (Violations of RCW 49.52.050 — Willful Refusal to Pay Wages)

10.1    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

10.2    RCW 49.52.050 provides that "[a]ny employer or officer, vice principal or agent of any employer . . . who . . . [w]ilfully and with intent to deprive the employee of any part of his or her wages, shall pay any employee a lower wage than the wage such employer is obligated to pay such employee by any statute, ordinance, or contract" shall be guilty of a misdemeanor.

10.3    Defendants' violations of RCW 49.12.020, WAC 296-126-092, RCW 49.46.090, RCW 49.46.130, and WAC 296-126-028 were willful and constitute violations of RCW 49.52.050.

10.4    RCW 49.52.070 provides that any employer who violates the provisions of RCW 49.52.050 shall be liable in a civil action for twice the amount of wages withheld, attorneys' fees, and costs.

10.5    As a result of the willful, unlawful acts of Defendants, Plaintiffs and members of the Class and Subclasses have been deprived of compensation in amounts to be determined at trial and Plaintiffs and members of the Class and Subclasses are entitled to recovery of twice such damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.52.070.

## XI.  SIXTH CLAIM FOR RELIEF

### (Violations of SMC 14.20.020 and SMC 14.19.035 — Failure to Pay All Compensation Owed)

11.1    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

11.2    SMC 14.20.020 provides that "[a]n employer shall pay all compensation owed to an employee by reason of employment on an established regular pay day at no longer than monthly payment intervals."

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

11.3    SMC 14.20.025 provides that each time compensation is paid, an employer shall give written notice to the employee of all hours worked and all deductions taken by the employer for that pay period.

11.4    SMC 14.20.030 provides that the employer must also retain payroll records that document all hours worked by each employee, including straight-time and overtime hours, and records of all deductions taken from the employee's wages each pay period.

11.5    SMC 14.20.045 provides that the failure of an employer to comply with any requirement imposed upon it under Chapter 14.20 ("Wage Theft Ordinance") constitutes a violation of the ordinance.

11.6    SMC 14.20.090(A) provides that "any person or class of persons that suffers financial injury as a result of a violation of [the Wage Theft Ordinance] . . . may be awarded reasonable attorney fees and costs and such legal or equitable relief as may be appropriate to remedy the violation including, without limitation, the payment of any unpaid compensation plus interest due to the person and liquidated damages in an additional amount of up to twice the unpaid compensation . . . ."

11.7    Under the MWO, employers must pay employees who work in Seattle no less than the applicable minimum for each hour of work. See SMC 14.19.030–040.

11.8    The Amazon Defendants and Defendants TEM Express Logistics LLC dba Temex Logistics and TEML, Toritse Orubu, Butchie Boy Productions, Inc. d/b/a Exselon, Jeffrey Butcher, Kathryn Butcher, Asteroids Group LLC dba ASTG, Kingsley Onuchukwu, Anahit Manukyan, Benchmark Transport, LLC, Damien Wagner, Alden Radoncic (aka Alden Radd), GoPlay Logistics LLC, Tracy Pellett, and Nancy Luna are employers under the Seattle Wage Theft Ordinance and Seattle Minimum Wage Ordinance.

11.9    By the actions alleged above, the Amazon Defendants and Defendants TEM Express Logistics LLC dba Temex Logistics and TEML, Toritse Orubu, Butchie Boy Productions, Inc. d/b/a Exselon, Jeffrey Butcher, Kathryn Butcher, Asteroids Group LLC dba ASTG, Kingsley Onuchukwu, Anahit Manukyan, Benchmark Transport, LLC, Damien Wagner, Alden Radoncic

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  (aka Alden Radd), GoPlay Logistics LLC, Tracy Pellett, and Nancy Luna have violated the

2  provisions of SMC 14.20.020 and SMC 14.19.030–040.

3        11.10    As a result of the unlawful acts of the Amazon Defendants and Defendants

4  TEM Express Logistics LLC dba Temex Logistics and TEML, Toritse Orubu, Butchie Boy

5  Productions, Inc. d/b/a Exselon, Jeffrey Butcher, Kathryn Butcher, Asteroids Group LLC dba

6  ASTG, Kingsley Onuchukwu, Anahit Manukyan, Benchmark Transport, LLC, Damien Wagner,

7  Alden Radoncic (aka Alden Radd), GoPlay Logistics LLC, Tracy Pellett, and Nancy Luna, Plaintiffs

8  Stelman, Ochoa, Hollerbach, Weatherston, and Wright and members of the Seattle Subclass

9  and the TEM Express Logistics Seattle Subclass, Exselon Seattle Subclass, Asteroids Group

10  Seattle Subclass, Benchmark Transport Seattle Subclass, and GoPlay Logistics Seattle Subclass

11  (collectively, the "DSP Seattle Subclasses"), have been deprived of compensation in amounts to

12  be determined at trial, and Plaintiffs Stelman, Ochoa, Hollerbach, Weatherston, and Wright and

13  members of the Seattle Subclass and DSP Seattle Subclasses are entitled to the recovery of such

14  damages, including interest thereon, an additional amount of twice the unpaid compensation,

15  and attorneys' fees and costs under SMC 14.20.090 and SMC 14.19.110.

16                      **XII.     PRAYER FOR RELIEF**

17        WHEREFORE, Plaintiffs, on their own and on behalf of the members of the Class and

18  Subclasses, pray for judgment against Defendants as follows:

19        A.     Certify the proposed Class and Subclasses;

20        B.     Appoint Plaintiffs as representatives of the Class;

21        C.     Appoint Plaintiffs Rebecca Stelman, Mark Ochoa, Caitlyn Hollerbach, Louis

22  Weatherston, and Demetries Wright as representatives of the Seattle Subclass;

23        D.     Appoint Plaintiff Rebecca Stelman as representative of the TEM Express Logistics

24  Subclass, TEM Express Logistics Seattle Subclass, Exselon Subclass, and Exselon Seattle Subclass;

25        E.     Appoint Plaintiff Mark Ochoa as representative of the Asteroids Group Subclass,

26  Asteroids Group Seattle Subclass, Benchmark Transport Subclass**,** and Benchmark Transport

27  Seattle Subclass;

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   F.  Appoint Plaintiff Ian Coleman as representative of the Total Package Logistics

2 Subclass and Aslar Logistics Subclass;

3   G.  Appoint Plaintiff Caitlyn Hollerbach as representative of the GoPlay Logistics

4 Subclass and GoPlay Logistics Seattle Subclass;

5   H.  Appoint Plaintiff Louis Weatherston as representative of the Avanator.com

6 Subclass and Avanator.com Seattle Subclass;

7   I.  Appoint Plaintiff Demetries Wright as representative of the Pole Position Express

8 Logistics Subclass and Pole Position Express Logistics Seattle Subclass;

9   J.  Appoint Plaintiff Jonas Nyaris as representative of the True Management

10 Subclass;

11   K.  Appoint Plaintiff Janni Samuel as representative of the Aslar Logistics Subclass;

12   L.  Appoint Plaintiff Maira Hernandez as representative of the B.B.W. Holdings

13 Subclass;

14   M.  Appoint Plaintiff Lindsay Moore as representative of the Paragon Deliveries

15 Subclass;

16   N.  Appoint the undersigned attorneys as counsel for the Class and Subclasses;

17   O.  Declare that Defendants' actions complained of herein violate RCW 49.46.020,

18 RCW 49.46.090, RCW 49.46.130, RCW 49.12.020, WAC 296-126-092, RCW 49.52.050, SMC

19 14.19.030–040, and SMC 14.20.020;

20   P.  Award compensatory and exemplary damages to Plaintiffs and members of the

21 Class and Subclasses for violation of Washington's wage and hour laws, in amounts to be

22 proven at trial;

23   Q.  Award compensatory and exemplary damages to Plaintiffs and members of the

24 Subclasses for violation of the city of Seattle's wage and hour laws, in amounts to be proven at

25 trial;

26   R.  Award Plaintiffs and the Class and Subclasses attorneys' fees and costs, as

27 allowed by law;

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     S.      Award Plaintiffs and members of the Class and Subclasses prejudgment and

2     post-judgment interest, as provided by law;

3     T.      Permit Plaintiffs and members of the Class and Subclasses leave to amend the

4     complaint to conform to the evidence presented at trial; and

5     U.      Grant such other and further relief as the Court deems necessary, just, and

6     proper.

7     RESPECTFULLY SUBMITTED AND DATED this 30th day of September, 2022.

8                                   TERRELL MARSHALL LAW GROUP PLLC

9                                   By: /s/Toby J. Marshall, WSBA #32726

10                                      Toby J. Marshall, WSBA #32726
                                        Email: tmarshall@terrellmarshall.com
11                                      Erika L. Nusser, WSBA #40854
                                        Email: enusser@terrellmarshall.com
12                                      Eric R. Nusser, WSBA #51513
                                        Email: eric@terrellmarshall.com
13                                      936 N. 34th Street, Suite 300
                                        Seattle, Washington 98103
14                                      Telephone: (206) 816-6603
                                        Facsimile: (206) 319-5450
15

16                                  JUSTICE LAW CORPORATION

17                                  By: /s/Douglas Han, WSBA #59429

18                                      Douglas Han, WSBA #59429
                                        Email: dhan@justicelawcorp.com
19                                      Shunt Tatavos-Gharajeh, WSBA #59424
                                        Email: statavos@justicelawcorp.com
20                                      751 North Fair Oaks Avenue, Suite 101
                                        Pasadena, California 91103
21                                      Telephone: (818) 230-7502
                                        Facsimile: (818) 230-7259
22

23                                  *Attorneys for Plaintiffs and the Proposed Class*

24

25

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

FILED

2022 SEP 30 01:00 PM
KING COUNTY

2

SUPERIOR COURT CLERK

3

E-FILED
CASE #: 22-2-15880-8 SEA

4

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8

REBECCA STELMAN, MARK OCHOA, IAN
COLEMAN, CAITLYN HOLLERBACH, LOUIS

NO.

9

WEATHERSTON, DEMETRIES WRIGHT, JONAS
NYARIS, JANNI SAMUEL, MAIRA HERNANDEZ,

**SUMMONS (20 DAY)**

10

and LINDSAY MOORE, individually and on
behalf of all others similarly situated;

11

12

Plaintiffs,

13

v.

14

AMAZON.COM INC.; AMAZON LOGISTICS,

15

INC.; TEM EXPRESS LOGISTICS LLC dba TEMEX
LOGISTICS and TEML, a Washington limited

16

liability company; TORITSE ORUBU,
individually and on behalf of the marital

17

community composed of TORITSE ORUBU
and J. DOE ORUBU; BUTCHIE BOY

18

PRODUCTIONS, INC. d/b/a EXSELON, a

19

Washington corporation; JEFFREY BUTCHER,
individually and on behalf of the marital

20

community composed of JEFFREY BUTCHER
and KATHRYN BUTCHER; KATHRYN BUTCHER,

21

individually and on behalf of the marital

22

community composed of KATHRYN BUTCHER
and JEFFREY BUTCHER; ASTEROIDS GROUP

23

LLC dba ASTG, a Washington limited liability

24

company; KINGSLEY ONUCHUKWU,
individually and on behalf of the marital

25

community composed of KINGSLEY

26

ONUCHUKWU and J. DOE ONUCHUKWU;
ANAHIT MANUKYAN, individually and on

27

behalf of the marital community composed of

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ANAHIT MANUKYAN and J. DOE MANUKYAN; BENCHMARK TRANSPORT, LLC, a Washington limited liability company; DAMIEN WAGNER, individually and on behalf of the marital community composed of DAMIEN WAGNER and J. DOE WAGNER; ALDEN RADONCIC (aka ALDEN RADD), individually and on behalf of the marital community composed of ALDEN RADONCIC and J. DOE RADONCIC; THE TOTAL PACKAGE LOGISTICS, LLC, a Washington limited liability company; JEREMY FIXLER, individually and on behalf of the marital community composed of JEREMY FIXLER and HEATHER FIXLER; HEATHER FIXLER individually and on behalf of the marital community composed of HEATHER FIXLER and JEREMY FIXLER; NANCY LUNA, individually and on behalf of the marital community composed of NANCY LUNA and J. DOE LUNA; ASLAR LOGISTICS LLC, a Washington limited liability company; LAURA JOHNSON, individually and on behalf of the marital community composed of LAURA JOHNSON and JOSHUA JOHNSON; JOSHUA JOHNSON, individually and on behalf of the marital community composed of JOSHUA JOHNSON and LAURA JOHNSON; GOPLAY LOGISTICS LLC, a Washington limited liability company; TRACY PELLETT, individually and on behalf of the marital community composed of TRACY PELLETT and J. DOE PELLETT; AVANATOR.COM LLC, a Washington limited liability company; RICHARD ZECH, individually and on behalf of the marital community composed of RICHARD ZECH and J. DOE ZECH; POLE POSITION EXPRESS LOGISTICS LLC, a Washington limited liability company; DENNIS HANNAH, individually and on behalf of the marital community composed of DENNIS HANNAH and J. DOE HANNAH; TRUE MANAGEMENT LLC, a Washington limited liability company; CHRISTOPHER LILLEY, individually and on behalf of the marital community composed of CHRISTOPHER

SUMMONS (20 DAY) - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   LILLEY and J. DOE LILLEY; B.B.W. HOLDINGS,
    INC., a Michigan corporation; BARRY
2   WILLIAMS, individually and on behalf of the
    marital community composed of BARRY
3   WILLIAMS and J. DOE WILLIAMS; PARAGON
    DELIVERIES INC., a Washington corporation;
4   and JORDAN OFFUTT, individually and on
    behalf of the marital community composed of
5   JORDAN OFFUTT and J. DOE OFFUTT;
6
7                Defendants.

8

9

10  TO:    AMAZON LOGISTICS, INC.:

11        A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

12  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

13  this summons.

14        In order to defend against this lawsuit, you must respond to the complaint by stating

15  your defense in writing, and by serving a copy upon the person signing this summons within 20

16  days after the service of this summons, excluding the day of service, or a default judgment may

17  be entered against you without notice. A default judgment is one where Plaintiffs are entitled

18  to what has been asked for because you have not responded. If you serve a notice of

19  appearance on the undersigned person, you are entitled to notice before a default judgment

20  may be entered.

21        You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

22  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

23  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

24  Summons and Complaint will be void.

25        If you wish to seek the advice of an attorney in this matter, you should do so promptly

26  so that your written response, if any, may be served on time.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

2  State of Washington.

3        RESPECTFULLY SUBMITTED AND DATED this 30th day of September, 2022.

4                      TERRELL MARSHALL LAW GROUP PLLC

5                      By: /s/Toby J. Marshall, WSBA #32726

6                         Toby J. Marshall, WSBA #32726
                            Email: tmarshall@terrellmarshall.com

7                         Erika L. Nusser, WSBA #40854
                            Email: enusser@terrellmarshall.com

8                         Eric R. Nusser, WSBA #51513
                            Email: eric@terrellmarshall.com

9                         936 N. 34th Street, Suite 300

10                      Seattle, Washington 98103
                          Telephone: (206) 816-6603

11                      Facsimile: (206) 319-5450

12

13                      JUSTICE LAW CORPORATION

14                      By: /s/Douglas Han, WSBA #59429

15                         Douglas Han, WSBA #59429
                            Email: dhan@justicelawcorp.com

16                         Shunt Tatavos-Gharajeh, WSBA #59424
                            Email: statavos@justicelawcorp.com

17                         751 North Fair Oaks Avenue, Suite 101
                         Pasadena, California 91103

18                      Telephone: (818) 230-7502
                         Facsimile: (818) 230-7259

19

20                      *Attorneys for Plaintiffs and the Proposed Class*

21

22

23

24

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FILED
2022 SEP 30 01:00 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 22-2-15880-8 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

REBECCA STELMAN, MARK OCHOA, IAN
COLEMAN, CAITLYN HOLLERBACH, LOUIS
WEATHERSTON, DEMETRIES WRIGHT, JONAS
NYARIS, JANNI SAMUEL, MAIRA HERNANDEZ,
and LINDSAY MOORE, individually and on
behalf of all others similarly situated;

Plaintiffs,

v.

AMAZON.COM INC.; AMAZON LOGISTICS,
INC.; TEM EXPRESS LOGISTICS LLC dba TEMEX
LOGISTICS and TEML, a Washington limited
liability company; TORITSE ORUBU,
individually and on behalf of the marital
community composed of TORITSE ORUBU
and J. DOE ORUBU; BUTCHIE BOY
PRODUCTIONS, INC. d/b/a EXSELON, a
Washington corporation; JEFFREY BUTCHER,
individually and on behalf of the marital
community composed of JEFFREY BUTCHER
and KATHRYN BUTCHER; KATHRYN BUTCHER,
individually and on behalf of the marital
community composed of KATHRYN BUTCHER
and JEFFREY BUTCHER; ASTEROIDS GROUP
LLC dba ASTG, a Washington limited liability
company; KINGSLEY ONUCHUKWU,
individually and on behalf of the marital
community composed of KINGSLEY
ONUCHUKWU and J. DOE ONUCHUKWU;
ANAHIT MANUKYAN, individually and on
behalf of the marital community composed of

NO.

**SUMMONS (20 DAY)**

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ANAHIT MANUKYAN and J. DOE MANUKYAN;
BENCHMARK TRANSPORT, LLC, a Washington
limited liability company; DAMIEN WAGNER,
individually and on behalf of the marital
community composed of DAMIEN WAGNER
and J. DOE WAGNER; ALDEN RADONCIC (aka
ALDEN RADD), individually and on behalf of
the marital community composed of ALDEN
RADONCIC and J. DOE RADONCIC; THE TOTAL
PACKAGE LOGISTICS, LLC, a Washington
limited liability company; JEREMY FIXLER,
individually and on behalf of the marital
community composed of JEREMY FIXLER and
HEATHER FIXLER; HEATHER FIXLER
individually and on behalf of the marital
community composed of HEATHER FIXLER
and JEREMY FIXLER; NANCY LUNA,
individually and on behalf of the marital
community composed of NANCY LUNA and J.
DOE LUNA; ASLAR LOGISTICS LLC, a
Washington limited liability company; LAURA
JOHNSON, individually and on behalf of the
marital community composed of LAURA
JOHNSON and JOSHUA JOHNSON; JOSHUA
JOHNSON, individually and on behalf of the
marital community composed of JOSHUA
JOHNSON and LAURA JOHNSON; GOPLAY
LOGISTICS LLC, a Washington limited liability
company; TRACY PELLETT, individually and on
behalf of the marital community composed of
TRACY PELLETT and J. DOE PELLETT;
AVANATOR.COM LLC, a Washington limited
liability company; RICHARD ZECH, individually
and on behalf of the marital community
composed of RICHARD ZECH and J. DOE ZECH;
POLE POSITION EXPRESS LOGISTICS LLC, a
Washington limited liability company; DENNIS
HANNAH, individually and on behalf of the
marital community composed of DENNIS
HANNAH and J. DOE HANNAH; TRUE
MANAGEMENT LLC, a Washington limited
liability company; CHRISTOPHER LILLEY,
individually and on behalf of the marital
community composed of CHRISTOPHER

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    LILLEY and J. DOE LILLEY; B.B.W. HOLDINGS,
INC., a Michigan corporation; BARRY
2    WILLIAMS, individually and on behalf of the
marital community composed of BARRY
3    WILLIAMS and J. DOE WILLIAMS; PARAGON
DELIVERIES INC., a Washington corporation;
4    and JORDAN OFFUTT, individually and on
behalf of the marital community composed of
5    JORDAN OFFUTT and J. DOE OFFUTT;

6

7            Defendants.

8

9

10   TO:     AMAZON.COM INC.:

11       A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

12   Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

13   this summons.

14       In order to defend against this lawsuit, you must respond to the complaint by stating

15   your defense in writing, and by serving a copy upon the person signing this summons within 20

16   days after the service of this summons, excluding the day of service, or a default judgment may

17   be entered against you without notice. A default judgment is one where Plaintiffs are entitled

18   to what has been asked for because you have not responded. If you serve a notice of

19   appearance on the undersigned person, you are entitled to notice before a default judgment

20   may be entered.

21       You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

22   must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

23   the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

24   Summons and Complaint will be void.

25       If you wish to seek the advice of an attorney in this matter, you should do so promptly

26   so that your written response, if any, may be served on time.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

2 State of Washington.

3       RESPECTFULLY SUBMITTED AND DATED this 30th day of September, 2022.

4                  TERRELL MARSHALL LAW GROUP PLLC

5                  By: /s/Toby J. Marshall, WSBA #32726

6                      Toby J. Marshall, WSBA #32726
                     Email: tmarshall@terrellmarshall.com

7                      Erika L. Nusser, WSBA #40854
                     Email: enusser@terrellmarshall.com

8                      Eric R. Nusser, WSBA #51513
                     Email: eric@terrellmarshall.com

9                      936 N. 34th Street, Suite 300

10                   Seattle, Washington 98103
                    Telephone: (206) 816-6603

11                   Facsimile: (206) 319-5450

12

13                  JUSTICE LAW CORPORATION

                 By: /s/Douglas Han, WSBA #59429

14                      Douglas Han, WSBA #59429
                     Email: dhan@justicelawcorp.com

15                      Shunt Tatavos-Gharajeh, WSBA #59424
                     Email: statavos@justicelawcorp.com

16                      751 North Fair Oaks Avenue, Suite 101

17                   Pasadena, California 91103
                    Telephone: (818) 230-7502

18                   Facsimile: (818) 230-7259

19

20                  *Attorneys for Plaintiffs and the Proposed Class*

21

22

23

24

25

26

27