HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA STELMAN, MARK OCHOA,
IAN COLEMAN, CAITLYN
HOLLERBACH, LOUIS WEATHERSTON,
DEMETRIES WRIGHT, JONAS NYARIS,
JANNI SAMUEL, MAIRA HERNANDEZ,
and LINDSAY MOORE, individually and on
behalf of all others similarly situated,

               Plaintiffs,

     v.

AMAZON.COM INC.; AMAZON
LOGISTICS, INC.; TEM EXPRESS
LOGISTICS LLC dba TEMEX LOGISTICS
and TEML, a Washington limited liability
company; TORITSE ORUBU, individually
and on behalf of the marital community
composed of TORITSE ORUBU and J. DOE
ORUBU; BUTCHIE BOY PRODUCTIONS,
INC. d/b/a EXSELON, a Washington
corporation; JEFFREY BUTCHER,
individually and on behalf of the marital
community composed of JEFFREY
BUTCHER and KATHRYN BUTCHER;
KATHRYN BUTCHER, individually and on
behalf of the marital community composed
of KATHRYN BUTCHER and JEFFREY
BUTCHER; ASTEROIDS GROUP LLC dba
ASTG, a Washington limited liability
company; KINGSLEY ONUCHUKWU,
individually and on behalf of the marital
community composed of KINGSLEY

Case No. 2:22-cv-01632-RSM

**STIPULATION AND ORDER
EXTENDING DEFENDANTS'
DEADLINE TO ANSWER
OR RESPOND TO COMPLAINT**

Noted For: November 21, 2022

STIPULATION AND ORDER
EXTENDING DEFENDANTS'
DEADLINE TO ANSWER OR
RESPOND TO COMPLAINT – 1
CASE NO. 2:22-cv-01632-RSM

1    ONUCHUKWU and J. DOE
     ONUCHUKWU; ANAHIT MANUKYAN,
2    individually and on behalf of the marital
     community composed of ANAHIT
3    MANUKYAN and J. DOE MANUKYAN;
     BENCHMARK TRANSPORT, LLC, a
4    Washington limited liability company;
     DAMIEN WAGNER, individually and on
5    behalf of the marital community composed
     of DAMIEN WAGNER and J. DOE
6    WAGNER; ALDEN RADONCIC (aka
     ALDEN RADD), individually and on behalf
7    of the marital community composed of
     ALDEN RADONCIC and J. DOE
8    RADONCIC; THE TOTAL PACKAGE
     LOGISTICS, LLC, a Washington limited
9    liability company; JEREMY FIXLER,
     individually and on behalf of the marital
10   community composed of JEREMY FIXLER
     and HEATHER FIXLER; HEATHER
11   FIXLER individually and on behalf of the
     marital community composed of HEATHER
12   FIXLER and JEREMY FIXLER; NANCY
     LUNA, individually and on behalf of the
13   marital community composed of NANCY
     LUNA and J. DOE LUNA; ASLAR
14   LOGISTICS LLC, a Washington limited
     liability company; LAURA JOHNSON,
15   individually and on behalf of the marital
     community composed of LAURA
16   JOHNSON and JOSHUA JOHNSON;
     JOSHUA JOHNSON, individually and on
17   behalf of the marital community composed
     of JOSHUA JOHNSON and LAURA
18   JOHNSON; GOPLAY LOGISTICS LLC, a
     Washington limited liability company;
19   TRACY PELLETT, individually and on
     behalf of the marital community composed
20   of TRACY PELLETT and J. DOE
     PELLETT; AVANATOR.COM LLC, a
21   Washington limited liability company;
     RICHARD ZECH, individually and on
22   behalf of the marital community composed
     of RICHARD ZECH and J. DOE ZECH;
23   POLE POSITION EXPRESS LOGISTICS
     LLC, a Washington limited liability
24   company; DENNIS HANNAH, individually
     and on behalf of the marital community
25   composed of DENNIS HANNAH and J.
     DOE HANNAH; TRUE MANAGEMENT
26   LLC, a Washington limited liability

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO
COMPLAINT – 2
CASE NO. 2:22-cv-01632-RSM

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  company; CHRISTOPHER LILLEY,
   individually and on behalf of the marital
2  community composed of CHRISTOPHER
   LILLEY and J. DOE LILLEY; B.B.W.
3  HOLDINGS, INC., a Michigan corporation;
   BARRY WILLIAMS, individually and on
4  behalf of the marital community composed
   of BARRY WILLIAMS and J. DOE
5  WILLIAMS; PARAGON DELIVERIES
   INC., a Washington corporation; and
6  JORDAN OFFUTT, individually and on
   behalf of the marital community composed
7  of JORDAN OFFUTT and J. DOE OFFUTT,

8                    Defendants.

9

10

11                    **STIPULATION**

12        Defendants Amazon.com, Inc., Amazon Logistics, Inc., TEM Express Logistics LLC d/b/a

13  Temex Logistics, Tortise Orubu, Aslar Logistics LLC, Laura Johnson, Joshua Johnson,

14  Avanator.com LLC, Richard Zech, The Total Package Logistics, LLC, Jeremy Fixler, Heather

15  Fixler, Nancy Luna, Asteroids Group LLC d/b/a ASTG, Kinglsey Onuchukwu, Anahit Manukyan,

16  Butchie Boy Productions, INC. d/b/a Exselon, Jeffrey Butcher, Kathryn Butcher, Paragon

17  Deliveries Inc., Jordan Offutt, True Management LLC, and Christopher Lilley (collectively, the

18  "Served Defendants") and Plaintiffs hereby STIPULATE AND AGREE to extend the deadline for

19  the Served Defendants to answer or otherwise respond to the Complaint to December 21, 2022.

20        Defendants Amazon.com, Inc. and Amazon Logistics, Inc. removed this action on

21  November 14, 2022. *See* Dkt. No. 1. Prior to removal, none of the Served Defendants had

22  answered or otherwise responded to the Complaint. Pursuant to Rule 81(c)(2)(C), the Served

23  Defendants' answer or other response is currently due on November 21, 2022. Counsel for

24  Plaintiffs and the Served Defendants have conferred. In light of the number and complexity of

25  legal issues, and the number of named corporate and individual defendants, as well as the

26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO
COMPLAINT – 3
CASE NO. 2:22-cv-01632-RSM

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  numerous putative classes and sub-classes proposed in Plaintiffs' 41-page Complaint, there is good

2  cause to grant the parties' stipulated request for additional time so that all parties and the Court

3  have ample time to address and consider all such issues.  Accordingly, Plaintiffs and the Served

4  Defendants stipulate and agree, subject to the Court's approval, to extend the Served Defendants'

5  deadline to answer or otherwise respond by 30-days to __**December 21, 2022**__.

6     This stipulation and order shall not operate as an admission of any factual allegation or

7  legal conclusion, nor shall it operate as a waiver nor affect any right, defense, claim or objection,

8  including lack of jurisdiction and the right to seek arbitration of Plaintiffs' claims.

9     *IT IS SO STIPULATED.*

10     DATED this 21st day of November, 2022.

11         **MORGAN, LEWIS & BOCKIUS LLP**

12

13         By: *s/ Patty A. Eakes*
       Patricia A. Eakes, WSBA No.18888

14         Andrew DeCarlow, WSBA No. 54471
       1301 Second Avenue, Suite 2800

15         Seattle, WA 98101
       Phone: (206) 274-6400

16         Email: patty.eakes@morganlewis.com
         andrew.decarlow@morganlewis.com

17

18         Stephanie Sweitzer (*Pro Hac Vice* To Be Submitted)
       110 North Wacker Drive, Suite 2800

19         Chicago, IL 60606-1511
       Phone: (312) 324-1000

20         Email: stephanie.sweitzer@morganlewis.com

21         Sarah Zenewicz (*Pro Hac Vice* To Be Submitted)

22         One Market, Spear Street Tower
       San Francisco, CA 94105

23         Phone: (415) 442-1000
       Email: sarah.zenewicz@morganlewis.com

24

25         *Attorneys for Defendants Amazon.com Inc. and Amazon Logistics, Inc.*

26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO
COMPLAINT – 4
CASE NO. 2:22-cv-01632-RSM

**OGLETREE DEAKINS**

By: *s/Laurence A. Shapero*
Laurence A. Shapero
Kathryn P. Fletcher
Emma A. Healey
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T: 206-693-7057
F: 206-693-7058
Email:   laurence.shapero@ogletree.com
           kathryn.fletcher@ogletree.com
           emma.healey@ogletree.com

*Attorneys for TEM Express Logistics LLC dba*
*Temex Logistics, Tortise Orubu, Aslar Logistics*
*LLC, Laura Johnson, Joshua Johnson,*
*Avanator.com LLC, Richard Zech, The Total*
*Package Logistics, LLC, Jeremy Fixler, Heather*
*Fixler, Nancy Luna, Asteroids Group LLC dba*
*ASTG, Kinglsey Onuchukwu, Anahit Manukyan,*
*Butchie Boy Productions, INC. d/b/a Exselon,*
*Jeffrey Butcher, Kathryn Butcher, Paragon*
*Deliveries INC., Jordan Offutt, True Management*
*LLC, and Christopher Lilley*

**TERRELL MARSHALL LAW GROUP PLLC**

By: *s/Toby J. Marshall*
Toby J. Marshall, WSBA No. 32726
Erika L. Nusser, WSBA No. 40854
Eric R. Nusser, WSBA No. 51513
936 N. 34th Street, Ste. 300
Seattle, WA 98103
Phone: (206) 816-6603
Email: tmarshall@terrellmarshall.com
        enusser@terrellmarshall.com
        eric@terrellmarshall.com

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO
COMPLAINT – 5
CASE NO. 2:22-cv-01632-RSM

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1

## **ORDER**

2      IT IS SO ORDERED.

3
       DATED this 22nd day of November, 2022.
4

5

6                                          RICARDO S. MARTINEZ
7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11     *Presented by:*
       **MORGAN, LEWIS & BOCKIUS LLP**
12

13     By: *s/ Patty A. Eakes*
       Patricia A. Eakes, WSBA No.18888
14     Andrew DeCarlow, WSBA No. 54471
       1301 Second Avenue, Suite 2800
15     Seattle, WA 98101
       Phone: (206) 274-6400
16     Email: patty.eakes@morganlewis.com
               andrew.decarlow@morganlewis.com
17

18
       **MORGAN, LEWIS & BOCKIUS LLP**
19
       Stephanie Sweitzer (Pro Hac Vice To Be Submitted)
20     110 North Wacker Drive, Suite 2800
       Chicago, IL 60606-1511
21     Phone: (312) 324-1000
       Email: stephanie.sweitzer@morganlewis.com
22

23
       **MORGAN, LEWIS & BOCKIUS LLP**
24
       Sarah Zenewicz (Pro Hac Vice To Be Submitted)
25     One Market, Spear Street Tower
       San Francisco, CA 94105
26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO
COMPLAINT – 6
CASE NO. 2:22-cv-01632-RSM

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1    Phone: (415) 442-1000
2    Email: sarah.zenewicz@morganlewis.com

3    *Attorneys for Defendants Amazon.com Inc. and Amazon Logistics, Inc.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO
COMPLAINT – 7
CASE NO. 2:22-cv-01632-RSM

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401