THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA STELMAN, MARK OCHOA, IAN COLEMAN, CAITLYN HOLLERBACH, LOUIS WEATHERSTON, DEMETRIES WRIGHT, JONAS NYARIS, JANNI SAMUEL, MAIRA HERNANDEZ, and LINDSAY MOORE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC.; AMAZON LOGISTICS, INC.; TEM EXPRESS LOGISTICS LLC dba TEMEX LOGISTICS and TEML, a Washington limited liability company; TORITSE ORUBU, individually and on behalf of the marital community composed of TORITSE ORUBU and J. DOE ORUBU; BUTCHIE BOY PRODUCTIONS, INC. d/b/a EXSELON, a Washington corporation; JEFFREY BUTCHER, individually and on behalf of the marital community composed of JEFFREY BUTCHER and KATHRYN BUTCHER; KATHRYN BUTCHER, individually and on behalf of the marital community composed of KATHRYN BUTCHER and JEFFREY BUTCHER; ASTEROIDS GROUP LLC dba ASTG, a Washington limited liability company; KINGSLEY ONUCHUKWU, individually and on behalf of the marital community composed of KINGSLEY ONUCHUKWU and J. DOE ONUCHUKWU; ANAHIT MANUKYAN, individually and on | NO. 2:22-cv-01632-RSM<br><br>**STIPULATED MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE**<br><br>**NOTED FOR CONSIDERATION: DECEMBER 21, 2022** |

STIPULATED MOTION TO EXTEND DEADLINES AND SET
BRIEFING SCHEDULE - 1
Case No. 2:22-cv-01632-RSM

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

behalf of the marital community composed of ANAHIT MANUKYAN and J. DOE MANUKYAN; BENCHMARK TRANSPORT, LLC, a Washington limited liability company; DAMIEN WAGNER, individually and on behalf of the marital community composed of DAMIEN WAGNER and J. DOE WAGNER; ALDEN RADONCIC (aka ALDEN RADD), individually and on behalf of the marital community composed of ALDEN RADONCIC and J. DOE RADONCIC; THE TOTAL PACKAGE LOGISTICS, LLC, a Washington limited liability company; JEREMY FIXLER, individually and on behalf of the marital community composed of JEREMY FIXLER and HEATHER FIXLER; HEATHER FIXLER individually and on behalf of the marital community composed of HEATHER FIXLER and JEREMY FIXLER; NANCY LUNA, individually and on behalf of the marital community composed of NANCY LUNA and J. DOE LUNA; ASLAR LOGISTICS LLC, a Washington limited liability company; LAURA JOHNSON, individually and on behalf of the marital community composed of LAURA JOHNSON and JOSHUA JOHNSON; JOSHUA JOHNSON, individually and on behalf of the marital community composed of JOSHUA JOHNSON and LAURA JOHNSON; GOPLAY LOGISTICS LLC, a Washington limited liability company; TRACY PELLETT, individually and on behalf of the marital community composed of TRACY PELLETT and J. DOE PELLETT; AVANATOR.COM LLC, a Washington limited liability company; RICHARD ZECH, individually and on behalf of the marital community composed of RICHARD ZECH and J. DOE ZECH; POLE POSITION EXPRESS LOGISTICS LLC, a Washington limited liability company; DENNIS HANNAH, individually and on behalf of the marital community composed of DENNIS HANNAH and J. DOE HANNAH; TRUE MANAGEMENT LLC, a Washington limited liability company; CHRISTOPHER LILLEY, individually and on behalf of the marital

STIPULATED MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE - 2
Case No. 2:22-cv-01632-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

community composed of CHRISTOPHER LILLEY and J. DOE LILLEY; B.B.W. HOLDINGS, INC., a Michigan corporation; BARRY WILLIAMS, individually and on behalf of the marital community composed of BARRY WILLIAMS and J. DOE WILLIAMS; PARAGON DELIVERIES INC., a Washington corporation; and JORDAN OFFUTT, individually and on behalf of the marital community composed of JORDAN OFFUTT and J. DOE OFFUTT;

Defendants.

## I. STIPULATION

Plaintiffs and Defendants Amazon.com Inc., Amazon Logistics, Inc. (collectively "Amazon"), TEM Express Logistics LLC dba Temex Logistics and TEML, Toritse Orubu, Aslar Logistics LLC, Laura Johnson, Joshua Johnson, Avanator.com LLC, Richard Zech, The Total Package Logistics, LLC, Jeremy Fixler, Heather Fixler, Nancy Luna, Asteroids Group LLC dba ASTG, Kingsley Onuchukwu, Anahit Manukyan, Butchie Boy Productions, Inc. d/b/a Exselon, Jeffrey Butcher, Kathryn Butcher, Paragon Deliveries Inc., Jordan Offutt, True Management LLC, and Christopher Lilley (collectively with Amazon, the "Defendants"), by and through their undersigned counsel of record, hereby STIPULATE AND AGREE to set the below proposed briefing schedule for Plaintiffs' Motion for Remand, ECF No. 18, and extend the deadline for Defendants to respond to Plaintiffs' complaint and the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement, ECF No. 7, until Plaintiffs' motion for remand has been resolved.

Plaintiffs filed their class action complaint in King County Superior Court on September 30, 2022. ECF No. 1-1. Amazon filed a notice of removal on November 14, ECF No. 1, before any Defendants answered Plaintiffs' complaint. On November 17, the Court entered an order setting the deadlines for the Rule 26(f) conference on January 6, 2023, initial disclosures on

STIPULATED MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE - 3
Case No. 2:22-cv-01632-RSM

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

January 13, and joint status report and discovery plan on January 20. ECF No. 7. On November 21, the Court entered the parties' stipulation and order extending Defendants' deadline to answer or respond to the complaint to December 21. ECF No. 12. On December 14, Plaintiffs moved the Court to remand this case back to the King County Superior Court, noting the motion for January 20, 2023.

In light of Plaintiffs' pending motion for remand, there is good cause to extend the deadlines in the Court's scheduling order (ECF No. 7) until after the motion for remand is resolved. Specifically, there is a possibility the case may be remanded to King County Superior Court. If so, the parties' efforts at coordinating and conducting a Rule 26(f) conference, exchanging initial disclosures, and drafting and filing a joint status report and discovery plan—all before resolution of the motion—would be for naught. The parties agree it would be a better use of time and resources to focus on the issues raised in Plaintiffs' motion for remand and allow the Court the opportunity to resolve the motion first. Accordingly, the parties STIPULATE AND AGREE, subject to the Court's approval, to extend the deadlines set forth in ECF No. 7 until after the Court enters an order resolving Plaintiffs' motion for remand. If the Court retains jurisdiction over this case, the parties will file a stipulated motion to reset these deadlines within seven (7) days of the entry of the Court's order resolving Plaintiffs' motion for remand.

For these same reasons, there is good cause to extend Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint. Accordingly, the parties STIPULATE AND AGREE, subject to the Court's approval, to extend Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint until fourteen (14) days after the Court enters an order resolving Plaintiffs' motion for remand.

The parties further stipulate to re-note Plaintiffs' motion for remand and set a briefing schedule to accommodate several deadlines and obligations the parties' counsel have in other matters. Accordingly, the parties STIPULATE AND AGREE, subject to the Court's approval, to re-note Plaintiffs' motion for remand (ECF No. 18) and set the following briefing schedule:

STIPULATED MOTION TO EXTEND DEADLINES AND SET
BRIEFING SCHEDULE - 4
Case No. 2:22-cv-01632-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **DEADLINE** for Defendants' Response to Plaintiffs' Motion for Remand | 1/16/2023 | 1/18/2023 |
| **DEADLINE** for Plaintiffs' Reply in Support of Motion for Remand | 1/20/2023 | 2/3/2023 |
| **NOTING DATE** for Plaintiffs' Motion for Remand | 1/20/2023 | 2/3/2023 |

STIPULATED TO AND DATED this 4th day of January, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/Toby J. Marshall, WSBA #32726 | By: /s/Andrew DeCarlow, WSBA #54471 |

Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Erika L. Nusser, WSBA #40854
Email: enusser@terrellmarshall.com
Eric R. Nusser, WSBA #51513
Email: eric@terrellmarshall.com
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Douglas Han, WSBA #59429
Email: dhan@justicelawcorp.com
Shunt Tatavos-Gharajeh, WSBA #59424
Email: statavos@justicelawcorp.com
JUSTICE LAW CORPORATION
751 North Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for Plaintiffs and the Proposed Classes*

Patricia A. Eakes, WSBA #18888
Email: patty.eakes@morganlewis.com
Andrew DeCarlow, WSBA #54471
Email: Andrew.decarlow@morganlewis.com
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: (206) 274-6400
Facsimile: (206) 274-6401

Stephanie L. Sweitzer, *Admitted Pro Hac Vice*
Email: stephanie.sweitzer@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 324-1741

Sarah Zenewicz, *Admitted Pro Hac Vice*
Email: sarah.zenewicz@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower, Floor 28
San Francisco, California 94105
Telephone: (415) 442-1790
Facsimile: (415) 442-1001

*Attorneys for Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATED MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE - 5
Case No. 2:22-cv-01632-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | |
| 3 | By: /s/Laurence A. Shapero, WSBA #31301 |
| | Laurence A. Shapero, WSBA #31301 |
| 4 | Email: laurence.shapero@ogletree.com |
| 5 | By: /s/Kathryn P. Fletcher, WSBA #22108 |
| | Kathryn P. Fletcher, WSBA #22108 |
| 6 | Email: kathryn.fletcher@ogletree.com |
| 7 | |
| | By: /s/Emma A. Healey, WSBA #58384 |
| 8 | Emma A. Healey, WSBA #58384 |
| | Email: emma.healey@ogletree.com |
| 9 | 1201 Third Avenue, Suite 5150 |
| 10 | Seattle, Washington 98101 |
| | Telephone: (206) 693-7057 |
| 11 | Facsimile: (206) 693-7058 |
| 12 | |
| | Wendy Miller, *Admitted Pro Hac Vice* |
| 13 | Email: Wendy.Miller@ogletreedeakins.com |
| | Email: Michele.Scott@ogletreedeakins.com |
| 14 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 15 | 401 Commerce Street |
| 16 | Sun Trust Plaza, Suite 1200 |
| | Nashville, Tennessee 37219 |
| 17 | Telephone: (615) 687-2217 |
| 18 | |
| 19 | *Attorneys for TEM Express Logistics LLC dba Temex Logistics and TEML, Toritse Orubu, Aslar Logistics LLC, Laura Johnson, Joshua Johnson, Avanator.com LLC, Richard Zech, The Total Package Logistics, LLC, Jeremy Fixler, Heather Fixler, Nancy Luna, Asteroids Group LLC dba ASTG, Kingsley Onuchukwu, Anahit Manukyan, Butchie Boy Productions, Inc. d/b/a Exselon, Jeffrey Butcher, Kathryn Butcher, Paragon Deliveries Inc., Jordan Offutt, True Management LLC, and Christopher Lilley* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

STIPULATED MOTION TO EXTEND DEADLINES AND SET
BRIEFING SCHEDULE - 6
Case No. 2:22-cv-01632-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

It is hereby Ordered, as follows:

1. The deadlines set in ECF No. 7 are extended until after the Court enters an order resolving Plaintiffs' motion for remand. If the Court retains jurisdiction over this case, the parties will file a stipulated motion to reset these deadlines within seven (7) days of the entry of the Court's order resolving Plaintiffs' motion for remand;

2. The deadline for Defendants to answer or otherwise respond to Plaintiffs' complaint are extended until fourteen (14) days after the Court enters an order resolving Plaintiffs' motion for remand; and

3. Plaintiffs' motion for remand (ECF No. 18) shall be re-noted for consideration on February 3, 2023, with the following briefing schedule:

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| **DEADLINE** for Defendants' Response to Plaintiffs' Motion for Remand | 1/18/2023 |
| **DEADLINE** for Plaintiffs' Reply in Support of Motion for Remand | 2/3/2023 |
| **NOTING DATE** for Plaintiffs' Motion for Remand | 2/3/2023 |

It is so ordered.

DATED this 4th day of January, 2023.

                                                                         RICARDO S. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES AND SET
BRIEFING SCHEDULE - 7
Case No. 2:22-cv-01632-RSM

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com