UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA STELMAN, *et al.*,

               Plaintiff,

      v.

AMAZON.COM INC., et al.,

               Defendants.

Case No. C22-1632-RSM

ORDER FOR SUPPLEMENTAL
BRIEFING

      This matter comes before the Court on remand from the Ninth Circuit Court of Appeal. Dkt. #42.  On February 10, 2023, this Court granted Plaintiff's Motion for Remand, Dkt. #18, finding that Amazon Defendants are the principal, fundamental, or direct defendants and that Amazon Defendants and at least two-thirds of the putative class members are citizens of Washington. Dkt. #31 at 6.  The Ninth Circuit reversed and remanded this case for the Court: (1) "to determine whether this case meets the requirements set forth in [28 U.S.C.] § 1332(d)(4)(B) for remand under the mandatory home state exception[;]" (2) for this Court to apply the correct standard that there is no presumption against removal under the Class Action Fairness Act; and (3) to determine in the first instance whether the DSPs [Delivery Service Providers other than Amazon] are primary defendants under the mandatory home state exception." Dkt. #41 at 3-4.

1    The Court now seeks supplemental briefing from the parties on the single issue of whether

2    or not the other Delivery Service Providers are "primary defendants" under 28 U.S.C. §

3    1332(d)(4)(B) or if only Amazon is the primary defendant.

4    Having considered the Ninth Circuit's Mandate and the remainder of the record, the Court

5    hereby finds and ORDERS that the parties are to submit supplemental briefing on the above

6    issue, not to exceed ten (10) pages, and no later than thirty (30) days from the date of this Order.

7    No response or reply briefing is permitted.

8

9    DATED this 23rd day of July, 2024.

10

11    RICARDO S. MARTINEZ

12    UNITED STATES DISTRICT JUDGE

ORDER FOR SUPPLEMENTAL BRIEFING - 2